Marc C. Forsythe - State Bar No. 153854
Charity J. Miller – State Bar No. 286481
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
mforsythe@goeforlaw.com
cmiller@goeforlaw.com
Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Attorneys for Mt Yohai, LLC
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>MT YOHAI, LLC, a Delaware limited liability company,<br><br>Debtor and Debtor in Possession. | Case No. 8:16-BK-15157-CB<br><br>Chapter 11 Proceeding<br><br>**DEBTOR'S (1) UPDATED CHAPTER 11 STATUS REPORT; AND (2) SUPPLEMENTAL OPPOSITION TO MOTION FOR ORDER DISMISSING CHAPTER 11 CASE, AND GRANTING RELATED RELIEF; AND DECLARATION OF MARC C. FORSYTHE IN SUPPORT THEREOF**<br><br>Hearing:<br>Date:         May 10, 2017<br>Time:        10:00 a.m.<br>Courtroom:  5D |

**TO THE HONORABLE CATHERINE BAUER, UNITED STATES BANKRUPTCY JUDGE, AND THE UNITED STATES TRUSTEE:**

Debtor and Debtor in Possession, MT YOHAI, LLC, a Delaware limited liability company ("Debtor" or "Mt Yohai Debtor") hereby files its (1) Updated Chapter 11 Status Conference Report, and (2) Supplemental Opposition ("Opposition") to the Motion Of Genesis Capital ("Genesis') For Order Dismissing Chapter 11 Case, And Granting Related Relief ("Motion") [Docket No. 37].  Debtor filed its Chapter 11 proceeding on December 21, 2016.

1

**A.    Updated Status Report**

Attached as **Exhibit "1"** to the Declaration of Marc C. Forsythe is a true and correct copy of the term sheet (the "Mt Yohai Term Sheet") between DCM P-9, LLC and the Debtor for the purchase of the real property located at 2521 Nottingham Avenue, Los Angeles, CA 90027 (the "Property"). Although the Mt Yohai Term Sheet was just recently finalized and, thus, not previously provided to Genesis, Debtor's counsel has previously spoken to Genesis's counsel about the general proposed deal terms. As Debtor is proposing to pay all existing liens, Debtor is hopeful that Genesis will consent to the Mt Yohai Term Sheet. Debtor will endeavor to reach an agreement with Genesis prior to the May 10, 2017 hearing. The amount of debt listed in the Mt Yohai Term Sheet is per the Debtor's schedules. Debtor's counsel received a draft proof of claim from Genesis's counsel on April 25, 2017, that is still subject to client approval by Genesis. Once finalized, Debtor will review and discuss with Genesis any disputes with the Genesis proposed claim, and hopefully reach an agreement as to the same prior to the May 10, 2017 hearing. If Debtor is unable to reach an agreement with Genesis prior to the May 10, 2017 hearing, Debtor will propose a disclosure statement and plan of reorganization that will seek to sell the Property and pay all allowed claims of the Debtor's estate. Lastly, Debtor will ask the Court at the May 10, 2017 hearing to set a claims bar date.

**B.    Supplemental Response to the Motion**

The Genesis Motion argues that (1) Debtor is a SARE; (2) cause for dismissal exists because a 3rd party, who Debtor has entered into term sheets with in the Mt Yohai Bankruptcy Case and the Mt Yohai Bankruptcy Case, negotiated in bad faith with Genesis prior to the February 1, 2017 and (3) cause for dismissal exists because Debtor was not in compliance with the U.S.T. requirements.

Debtor has no further argument or evidence that has not already been presented prior to the February 22, 2017 hearing on the Motion in relation to its position that Debtor is not a SARE

/ / /

debtor. The Mt Yohai Term Sheet is evidence that Debtor[1] has not negotiated in bad faith and is moving forward with a proposed conclusion to its bankruptcy case through the sale of the Property and the payment of all allowed claims. Lastly, Debtor believes it is in compliance with all U.S.T. requirements, and has not received any notification from the U.S.T. to the contrary since the February 22, 2017 hearing on the Motion.

### C.  CONCLUSION

Based on the arguments and evidence presented herein, the pleadings and declarations incorporated herein, Debtor respectfully requests that the Motion to Dismiss be denied.

Dated:  April 26, 2017

Respectfully Submitted by

**GOE & FORSYTHE, LLP**

By: /s/Marc C. Forsythe_____
    Marc C. Forsythe
    Attorneys for Debtor MT YOHAI, LLC

---

[1] As argued in its Opposition filed prior to the February 22, 2017 hearing, Genesis accused the 3rd party, and not the Debtor, of negotiating in bad faith, and Debtor argued that alleged bad faith negotiations by a 3rd party could not be used as evidence against the Debtor as cause for dismissal.

## **DECLARATION OF MARC C. FORSYTHE**

I, Marc C. Forsythe, declare and state as follows:

1. I am a partner at Goe & Forsythe, LLP, counsel for debtor and debtor in possession ("Debtor"). The matters stated hereinafter are within my personal knowledge, and if called upon as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit "1"** is a true and correct copy of the term sheet (the "Mt Yohai Term Sheet") between DCM P-9, LLC and the Debtor for the purchase of the real property located at 2521 Nottingham Avenue, Los Angeles, CA 90027 (the "Property").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:   April 26, 2017                             /s/Marc C. Forsythe
                                                                  Marc C. Forsythe

# EXHIBIT 1

# EXHIBIT 1

## PROPOSED TERM SHEET

April 25, 2017

Mt. Yohai, LLC
2521 Nottingham Avenue
Los Angeles, CA 90077

Re:   Proposed Term Sheet

Dear Managers:

This letter ("Letter") is intended to summarize the principal terms of a proposal by DCM P-10, LLC ("DCM P-10") to purchase the Mt. Yohai Property (defined below). The matters described in this Letter are referred to herein collectively as the "Proposed Transaction". All of the following terms must be approved by the U.S. Bankruptcy Court in Case No. 8:16-bk-15157-CB (the "Mt. Yohai Bankruptcy Case").

The outline of the Proposed Transaction is as follows:

| Property: | 2521 Nottingham Avenue, Los Angeles, CA 90027 (the "Mt. Yohai Property"). |
|---|---|
| Proposed Purchase Price: | Amount required to pay all existing liens:<br><br>$522,000.00 — Bowery Design and Development (Bowery) (per Schedule D)<br><br>$809,108.80 — Genesis Capital Master Fund II, LLC (Genesis) (per Schedule D)<br><br>$  22,681.97 — to LA County per Proof of Claim No. 1 filed on January 11, 2017.<br><br>Kathleen Manafort to release lien if sale consummated to DCM P-10. Exact amount to be agreed upon between Bowery, Genesis, LA County and DCM P-10 prior to filing Motion to Approve Bid Procedures.<br><br>DCM P-10's offer to purchase the Yohai Property is contingent on DCM P-9, LLC, being the successful bidder for the property located at 779 Stradella Rd., Los Angeles, CA 90027 (the "Stradella Property") U.S. Bankruptcy Court in Case No. 8:16-bk-15156-CB (the "Stradella Bankruptcy Case"). |

| | |
|---|---|
| Title: | Title to the Mt. Yohai Property shall be delivered free and clear of all existing mortgages and other liens. |
| Proposed Purchase and Sale Agreement: | Within ten (10) days after the execution of this Letter, the Parties shall negotiate and execute a purchase and sale agreement for the Mt. Yohai Property ("Purchase Agreement"). |
| Proposed Hearing Date for Bankruptcy Auction: | June 21, 2017, with Bid Procedures to be approved by Bankruptcy Court prior thereto. |
| Auction Terms: | Auction to be conducted on June 21, 2017 (the "Auction"). First overbid to be $300,000.00, with subsequent bids in increments of $100,000.00. Break-up fee of $300,000.00. |
| Closing Date and Effect of Not Closing: | If DCM P-10 is successful bidder at the Auction, DCM P-10 will close the purchase of the Mt. Yohai Property no later than August 21, 2017. If DCM P-10 does not close, then Debtor agrees to immediately stipulate to the dismissal the Chapter 11 Bankruptcy Case involving the Mt. Yohai Property. |
| Payment to Genesis Between Auction and Closing: | Within 3 (three) business day of entry of the Order approving the Sale of the Mt. Yohai Property to DCM P-10, DCM P-10 will pay to Genesis 10% interest per annum on its outstanding debt (as agreed upon)(the "First Interest Payment"). If the sale is not closed within thirty (30) days after the First Interest Payment, then DCM P-10 will pay to Genesis another 10% interest per annum on its outstanding debt (as agreed upon)(the "Second Interest Payment"). |
| The Mt. Yohai Bankruptcy Case After Closing: | If DCM P-10 closes on the sale of the Mt. Yohai Property on or before August 21, 2017, the Mt. Yohai Bankruptcy Case will remain open in order to pay all other allowed claims in the Mt. Yohai Bankruptcy Case. Concurrently with the motions filed to approve the bid procedures for the Auction and the hearing on the Auction, DCM P-10 will also seek authority to loan money to the Mt. Yohai Bankruptcy Case to pay all creditors therein, pursuant to 11 U.S.C. Section 364. |
| Conditions to Closing: | A Closing of the Proposed Transaction will be subject to customary conditions, including the following:<br><br>(1) Bankruptcy court approval of the sale of the Mt. Yohai Property;<br><br>(2) No overbid by any other proposed purchaser;<br><br>(3) Dismissal of the bankruptcy case affecting the Mt. Yohai Property following sale or exclusion of the Mt. Yohai Property |

| | |
|---|---|
| | from the bankruptcy case; and<br><br>(4) No material change to the Mt. Yohai Property shall have occurred after the date of this letter and prior to the Close of the Proposed Transaction without the prior written consent of DCM P-10. |
| Governing Law; Waiver of Jury Trial: | This Letter shall be governed by and construed in accordance with the internal laws of the State of California, without giving effect to any choice or conflict of law provision or rule (whether of the State of California or any other jurisdiction) that would cause the application of laws of any jurisdiction other than those of the State of California. EACH PARTY ACKNOWLEDGES AND AGREES THAT ANY CONTROVERSY THAT MAY ARISE UNDER THIS LETTER OR THE DEFINITIVE AGREEMENTS IS LIKELY TO INVOLVE COMPLICATED AND DIFFICULT ISSUES AND, THEREFORE, SUCH PARTY IRREVOCABLY AND UNCONDITIONALLY WAIVES ANY RIGHT IT MAY HAVE TO A TRIAL BY JURY IN RESPECT OF ANY LEGAL ACTION ARISING OUT OF OR RELATING TO THIS LETTER, THE PURCHASE AGREEMENT OR THE PROPOSED TRANSACTION CONTEMPLATED HEREBY OR THEREBY. |
| Termination: | This Letter will be in effect only from such time as it is executed by both Parties (the "Effective Date") until the earliest of (a) execution of Purchase Agreement by the Parties, (b) written notice by either Party to the other Party of its decision, acting in its sole discretion and whether for any reason or no reason, to terminate the discussions and negotiations contemplated by this Letter (a "Termination"), whereupon this Letter shall automatically terminate and be of no further force and effect; provided, however, that notwithstanding the foregoing, this paragraph and paragraph entitled "Governing Law; Waiver of Jury Trial" shall survive and remain in effect following such Termination. |
| Miscellaneous: | This Letter may be executed in counterparts, each of which shall be deemed to be an original, but all of which together shall constitute one agreement. The headings of the various sections of this Letter have been inserted for reference only and shall not be deemed to be a part of this Letter. Except as otherwise indicated, section references herein refer to sections of this Letter. This Letter may be amended or modified only by a writing executed by both Parties. |

/ / /

If you are in agreement with the terms set forth above, please sign this Letter in the space provided below and return an executed copy to the attention of attention of Marc C. Forsythe, Esq., Goe & Forsythe, LLP, 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612, by fax (949) 955-9437 and email (mforsythe@goeforlaw.com; provided that this Letter shall be of no force and effect if it has not been executed by both Parties.

Dated: April 26, 2017         MT. YOHAI, LLC

By: _____
Name: _____  Jeffrey Yohai
Its:    Managing Member

Accepted this 25TH day of April, 2017.

DCM P-10, LLC

By: _____
Name: MR. MOHIT K. AGARWAL
        MANAGING DIRECTOR.

**PRIVATE AND CONFIDENTIAL**                                                    4 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S (1) UPDATED CHAPTER 11 STATUS REPORT; AND (2) SUPPLEMENTAL OPPOSITION TO MOTION FOR ORDER DISMISSING CHAPTER 11 CASE, AND GRANTING RELATED RELIEF; AND DECLARATION OF MARC C. FORSYTHE IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 26, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jeffrey W Dulberg    jdulberg@pszjlaw.com**
- **Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com**
- **Michael J Hauser    michael.hauser@usdoj.gov**
- **United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 26, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 26, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Catherine Bauer, USBC, 411 West Fourth Street, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 26, 2017 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |