Marc C. Forsythe, SBN 153854
Charity J. Miller, SBN 286481
Goe & Forsythe, LLP
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
mforsythe@goeforlaw.com
cmiller@goeforlaw.com
Tel: 949-798-2460
Fax: 949-955-9437

Attorneys for Mt Yohai, LLC
Debtor and Debtor in Possession

**FILED & ENTERED**

**JUN 23 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY steinber   DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>MT YOHAI, LLC, a Delaware liability company,<br><br>    Debtor and Debtor in Possession. | Case No. 8:16-bk-15157-CB<br><br>Chapter 11<br><br>**ORDER GRANTING IN PART AND DENYING IN PART:**<br><br>**(1) GRANTING** THE APPROVAL OF PRIVATE SALE OF ASSETS OF THE ESTATE FREE AND CLEAR OF LIENS AND OTHER INTERESTS IF PURCHASER ACQUIRES REAL PROPERTY IN OTHER PENDING CHAPTER 11 CASE;<br>**(2) GRANTING** FINDING THAT BUYER IS A GOOD FAITH PURCHASER;<br>**(3) GRANTING** WAIVER OF 14-DAY STAY OF FRBP 6004(h); AND<br>**(4) DENYING WITHOUT PREJUDICE** AUTHORIZATION FOR DEBTOR TO INCUR POST-PETITION FINANCING FROM THE PURCHASER TO PAY OFF ALL OF ITS CREDITORS (PURSUANT TO 11 U.S.C. §364)<br><br>Date: June 21, 2017<br>Time: 10:00 a.m.<br>Courtroom: 5D<br>Address:    411 W 4th St.<br>                Santa Ana, CA 92701 |

A hearing was held on June 21, 2017, at 10:00 a.m., before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth St., Santa Ana, CA, on Debtor's Motion for Order (1) Approving the Private Sale of Assets of the Estate Free and Clear of Liens and Other Interest if Purchaser Acquires Real Property in Other Pending Chapter 11 Case; (2) Finding Buyer is Good Faith Purchaser; (3) Waiving 14-day Stay of FRBP 6004(h); and (4) Authorizing Debtor to Incur Post-Petition Financing From the Purchaser to Pay Off All of its Creditors (pursuant to 11 U.S.C. § 364) filed June 7, 2017 as Docket #71 ("Motion"). The Motion pertains to the sale of Debtor's interests in the real property located at 2521 Nottingham Avenue, Los Angeles, CA 90027, (the "Mt. Yohai Property") to the buyer DCM P-8, LLC ("DMC P-8"). Appearances were made as noted on the record.

The Court having read and considered the Motion, heard the statements of counsel, and with good cause shown, makes the following findings:

A.   Debtor has demonstrated good, sufficient and sound business purposes and justifications for the sale of the Mt. Yohai Property (the "Sale") pursuant to the Purchase and Sale Agreement and Escrow Instructions, dated June 5, 2017 ("Purchase Agreement") as being in the best interest of the creditors and Debtor's estate and other parties in interests.

B.   The DMC P-8 is a "good faith purchaser" within the meaning of section 363(m) of the Bankruptcy Code.

C.   The Debtor may sell the Mt. Yohai Property free and clear of all interests ("Interests"), because, in each case, one or more of the standards set forth in section 363(f)(1)-(5) of the Bankruptcy Code have been satisfied, or holders of Interests did not object to the Sale or the Motion.

**IT IS ORDERED:**

1.   The Motion is GRANTED as to (1) Approving the Private Sale of Assets of the Estate Free and Clear of Liens and Other Interest if Purchaser Acquires Real Property in Other Pending Chapter 11 Case; (2) Finding Buyer is Good Faith Purchaser; and (3) Waiving 14-day Stay of FRBP 6004(h) and DENIED without prejudice as to (4) Authorizing Debtor to Incur Post-Petition Financing From the Purchaser to Pay Off All of its Creditors (pursuant to 11 U.S.C. § 364).

2.   The Purchase Agreement is approved in all respects and is binding on the parties.

3. The Debtor is authorized to sell the Mt. Yohai Property to DMC P-8 for $$1,793,202.10 pursuant to 11 U.S.C. § 363(b) and execute all documents necessary to close the Sale;

4. Within three (3) days of entry of this Order, the Buyer shall commence monthly adequate protection payments to Genesis at the daily rate of $238.33 (7,150.00 per month) on Genesis' outstanding pre-petition claim until closing.

5. The Sale shall be free and clear of all Interests in the Mt. Yohai Property pursuant to 11 U.S.C. § 363(f) if all monies owed to Genesis, Bowery Design and Development, and the Los Angeles County Treasurer-Tax Collector are paid through escrow.

6. The 14-day stay set forth in Bankruptcy Rule 6004(h) is waived.

###

Date: June 23, 2017

Catherine Bauer
United States Bankruptcy Judge