Marc C. Forsythe - State Bar No. 153854
Donald W. Reid – State Bar No. 281743
Charity J. Miller – State Bar No. 286481
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
mforsythe@goeforlaw.com
dreid@goeforlaw.com
cmiller@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Attorneys for Mt Yohai, LLC
Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>MT YOHAI, LLC, a Delaware limited liability company<br><br>    Debtor and Debtor in Possession. | Case No. 8:16-BK-15157-CB<br><br>Chapter 11 Proceeding<br><br>**UPDATED CHAPTER 11 STATUS REPORT**<br><br>Hearing Date:  August 23, 2017<br>Time:              10:00 a.m.<br>Courtroom:    5D |

**TO THE HONORABLE CATHERINE BAUER, UNITED STATES BANKRUPTCY JUDGE, ALL CREDITORS, INTERESTED PARTIES AND THE UNITED STATES TRUSTEE:**

Debtor and Debtor-in-possession Mt. Yohai, LLC, a Delaware limited liability company ("Debtor") hereby files this Chapter 11 Status Conference Report.  Debtor filed its Chapter 11 proceeding on December 21, 2016.

**I.    STATUS OF CLOSING SALE OF PROPERTY.**

For a variety of reasons, DCM P-8, LLC, a Delaware limited liability company, the Buyer ("Buyer") requested and Debtor agreed on August 2, 2017 to amend the Purchase and Sale

1

Agreement (for the real property located at 2521 Nottingham Avenue, Los Angeles, CA 90027 (the "Mt. Yohai Property"), which was approved by this Court by order entered on June 25, 2017 (DKT. # 83). The August 2, 2017 amendment extends the close of escrow from August 21, 2017 to October 13, 2017. A true and correct copy of the August 2, 2017 amendment is attached hereto as **Exhibit "A"**. Thereafter, Debtor's counsel negotiated extensively with first lienholder Genesis Capital Master Fund II, LLC ("Genesis") for the additional time needed by the Buyer to conduct its due diligence. Genesis and the Debtor have orally agreed to terms that will be presented through the filing of an Ex Parte Application for Court approval at a Rule 9019 motion prior to the August 23, 2017 status conference. The terms include extending close of escrow to November 21, 2017 and increasing the monthly payment.

## II.    STATUS OF BOWERY DESIGN AND DEVELOPMENT.

Debtor has been assisting the Buyer with due diligence issues. In relation thereto, Debtor negotiated with Bowery Design and Development ("BDD") in relation to documents in BDD's possession relating to the design and development services performed by BDD for Debtor that resulted in the $522,000.00 pre-petition mechanic's lien and BDD's claim. BDD and the Debtor have orally agreed to terms that will be presented through the filing of an Ex Parte Application for Court approval at a Rule 9019 motion prior to the August 23, 2017 status conference.

## III.    STATUS OF CLAIMS FILED AFTER JUNE 21 SALE HEARING.

As noted at the June 21, 2017 sale hearing, the claims bar date for the Debtor was July 14, 2017. No unknown claims or claims in excess of previously known claims were filed as of July 14, 2017. Therefore, Debtor will be able to pay all allowed claims from the proceeds of the sale of the Property.

DATED: August 21, 2017                                     Respectfully submitted by,

                                               **GOE & FORSYTHE, LLP**

                                               **By:** /s/Marc C. Forsythe
                                                   Marc C. Forsythe
                                                   Attorneys for Mt Yohai, LLC
                                                   Debtor and Debtor in Possession

# EXHIBIT A

## AMENDMENT TO PURCHASE AND SALE AGREEMENT
## AND JOINT ESCROW INSTRUCTIONS

By this AMENDMENT TO PURCHASE AND SALE AGREEMENT AND ESCROW INSTRUCTIONS (the "Amendment"), between Mt Yohai, LLC, a California limited liability company ("Seller"), debtor-in-possession in U.S. Bankruptcy Court Case No. 8:16-bk-15157-CB ("Bankruptcy Case") and DCM P-8, LLC, a Delaware limited liability company, or its assignee ("Buyer"), Seller and Buyer agree that the Purchase and Sale Agreement and Joint Escrow Instructions between Seller and Buyer dated June 5, 2017 (the "Agreement") be amended and modified as follows.

1.  **Expiration of Due Diligence Period.** The expiration of the Due Diligence Period described in Section 1.3 of the Agreement and currently scheduled to occur August 14, 2017 is hereby extended for a period of sixty (60) days to October 13, 2017.

2.  **Closing Date.** The proposed closing date for the transaction described in Section 1.2 of the Agreement currently scheduled to occur August 21, 2017 is hereby extended for a period of sixty (60) days to October 20, 2017

3.  **Counterparts.** This Amendment may be executed in one (1) or more counterparts, each of which shall be deemed an original and all, taken together, shall constitute one (1) and the same instrument. This Amendment may be executed and transmitted via facsimile or electronic mail. Any such copy containing a facsimile or electronically scanned original signature shall be deemed to be an original of this Amendment.

4.  **Miscellaneous.** Except as modified hereby, the Agreement shall remain in full force and effect. Unless otherwise indicated, capitalized terms used herein shall have the meanings ascribed to such terms in the Agreement.

Dated this 2nd day of August 2017.

**SELLER:**

Mt Yohai, LLC, a California limited
liability company, debtor-in-possession
in U.S. Bankruptcy Court
Case No. 8:16-bk-15157-CB

By:  Baylor Holding, LLC
Its: Manager

By: _____
Name: Jeffrey Yohai
Title: Managing Member

**BUYER:**

DCM P-8, LLC, a Delaware limited
liability company

By: _____
Name: MR. MOHIT K. AGARWAL
Title: MANAGING DIRECTOR

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **UPDATED CHAPTER 11 STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 21, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Simon Aron    saron@wrslawyers.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- Richard Girgado    rgirgado@counsel.lacounty.gov
- Chad V Haes    chaes@marshackhays.com, ecfmarshackhays@gmail.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Scott A Kron    scott@kronandcard.com
- Richard A Marshack    rmarshack@marshackhays.com, lbergini@marshackhays.com;ecfmarshackhays@gmail.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 21, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 21, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Catherine Bauer, USBC, 411 West Fourth Street, Santa Ana, CA 92701

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 21, 2017 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

3

**SERVED BY UNITED STATES MAIL**:

**In re Mt Yohai, LLC**
**USBC Case**
**#8:16-bk-15157-CB**

| **Debtor** | **United States Trustee** |
|---|---|
| Mt Yohai, LLC<br>3991 MacArthur Blvd #125<br>Newport Beach, CA 92660 | United States Trustee<br>411 West Fourth Street, #7160<br>Santa Ana, CA 92701-4500 |

**CREDITORS**

| | | |
|---|---|---|
| Bowery Design and Development<br>8581 Santa Monica Blvd #204<br>West Hollywood, CA 90069 | California TD Specialists<br>8190 East Kaiser Blvd<br>Anaheim, CA 92808 | Crest Real Estate, LLC<br>11150 W. Olympic Blvd., Suite 700<br>Los Angeles, CA 90064 |
| Genesis Capital Master Fund II, LLC<br>Attn Lending Department<br>21650 Oxnard Street<br>Suite 1700<br>Woodland Hills, CA 91367 | Jessica Manafort<br>703 Greenleaf<br>Topanga, CA 90290 | Kathleen Manafort<br>721 Fifth Avenue #43G<br>New York, NY 10002 |
| Paul Manafort<br>721 Fifth Avenue #43G<br>New York, NY 10002 | Samara Engineering<br>9100 S Sepulveda Blvd.<br>Suite 115<br>Los Angeles, CA 90045 | Richard M. Pachulski, Esq.<br>Jeffrey W. Dulberg, Esq.<br>PACHULSKI STANG et al<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067 |
| Jeffrey Yohai<br>30254 Morning View Drive<br>Malibu, CA 90265 | Jeffrey Yohai<br>Baylor Holding LLC<br>3991 MacArthur Blvd. #125<br>Newport Beach, CA 92660 | Los Angeles County Tax Collector<br>PO Box 54018<br>Los Angeles, CA 90054-0018 |
| Robert L. Gerner III<br>c/o Sotheby's International Realty<br>9255 Sunset Blvd., Mezzanine<br>West Hollywood, CA 90069 | Thomas Fanning<br>8581 Santa Monica Blvd., #204<br>West Hollywood, CA 90069 | LA County Treasurer & Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90054-0110 |
| Franchise Tax Board<br>Bankruptcy Section MS A340 – PO Box 2952<br>Sacramento, CA 95812-2952 | Robert L. Gerner<br>1210 Grant Street<br>Santa Monica, CA 92405 | **POC #1 Address for LA County Treasurer**<br>LA County Treasurer & Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90054 |
| **POC #2 Address for FTB**<br>Franchise Tax Board<br>PO Box 2952<br>Sacramento, CA 95812-2952 | **POC #3 Address for Genesis Capital**<br>Jeffrey W. Dulberg, Esq.<br>Pachulski Stang et al<br>10100 Santa Monica Blvd., 13th Floor | **POC #4 Address for Bowery Design**<br>Bowery Inv. Group dba Bowery Design<br>c/o Scott A Kron Esq.<br>Kron & Card, LP<br>29222 Ranch Viejo Rd #114<br>San Juan Capistrano, CA 92675 |