Marc C. Forsythe - State Bar No. 153854
Donald W. Reid – State Bar No. 281743
Charity J. Miller – State Bar No. 286481
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
mforsythe@goeforlaw.com
dreid@goeforlaw.com
cmiller@goeforlaw.com
Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Attorneys for Mt Yohai, LLC
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>MT YOHAI, LLC, a Delaware limited liability company<br><br>Debtor and Debtor in Possession. | Case No. 8:16-BK-15157-CB<br><br>Chapter 11 Proceeding<br><br>**UPDATED CHAPTER 11 STATUS CONFERENCE REPORT – NOTICE OF SALE OF PROPERTY TO DCM P-8, LLC NOT CLOSING BY OCTOBER 20, 2017**<br><br>Hearing Date: October 23, 2017<br>Time:  10:00 a.m.<br>Courtroom:  5D |

**TO THE HONORABLE CATHERINE BAUER, UNITED STATES BANKRUPTCY JUDGE, ALL CREDITORS, INTERESTED PARTIES AND THE UNITED STATES TRUSTEE:**

Debtor and Debtor-in-possession Mt. Yohai, LLC, a Delaware limited liability company ("Debtor") hereby files this Chapter 11 Status Conference Report. Debtor filed its Chapter 11 proceeding on December 21, 2016.

1

**I.    STATUS OF CLOSING SALE OF PROPERTY.**

Debtor has been informed by the attorneys for DCM P-8, LLC that the Sale to DCM P-8, LLC of the real property located at 2521 Nottingham Avenue, Los Angeles, CA 90027 will not close by October 20, 2017.

DATED: October 20, 2017                    Respectfully submitted by,

**GOE & FORSYTHE, LLP**

**By:** /s/Marc C. Forsythe
Marc C. Forsythe
Attorneys for Mt Yohai, LLC
Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **UPDATED CHAPTER 11 STATUS CONFERENCE REPORT – NOTICE OF SALE OF PROPERTY TO DCM P-8, LLC NOT CLOSING BY OCTOBER 20, 2017** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 20, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Simon Aron    saron@wrslawyers.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- Richard Girgado    rgirgado@counsel.lacounty.gov
- Chad V Haes    chaes@marshackhays.com, ecfmarshackhays@gmail.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com, ecfmarshackhays@gmail.com
- Scott A Kron    scott@kronandcard.com
- Marc Y Lazo    mlazo@whbllp.com
- Richard A Marshack    rmarshack@marshackhays.com, lbergini@marshackhays.com;ecfmarshackhays@gmail.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) October 20, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 20, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Catherine Bauer, USBC, 411 West Fourth Street, Santa Ana, CA 92701
- James A. Hinds (on behalf of Jeff Yohai) jhinds@jhindslaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

October 20, 2017        Kerry A. Murphy        /s/Kerry A. Murphy
*Date*                          *Printed Name*                          *Signature*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28