| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Marc C. Forsythe - SBN 153854<br>GOE & FORSYTHE, LLP<br>18101 Von Karman Avenue, Suite 1200<br>Irvine, CA 92612<br>Telephone: (949) 798-2460<br>Facsimile:  (949) 955-9437<br>mforsythe@goeforlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor Mt. Yohai, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>MT. YOHAI, LLC,<br><br><br><br>Debtor(s). | CASE NO.: 8:16-bk-15157-CB<br>CHAPTER: 11<br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| **Sale Date:** 12/13/2017 | **Time:** 11:00 am |
|---|---|
| **Location:** 411 West Fourth Street, Courtroom 5D, Santa Ana, CA 92701 | |

**Type of Sale**:  ☒ Public   ☐ Private     **Last date to file objections**: 11/29/2017

**Description of property to be sold**:
 Sale of Debtor's real property located at 2521 Nottingham Avenue, Los Angeles, CA 90027


**Terms and conditions of sale**:
 Cash



**Proposed sale price**: $ 1,800,000.00

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                       Page 1                              **F 6004-2.NOTICE.SALE**

**Overbid procedure (*if any*)**: Initial overbid must be at least $100,000; bids must be all cash, non-contingent, and same terms and conditions as Buyer's Purchase Agreement; a deposit of $25,000 must be received by Debtor's counsel no later than 3 days prior to hearing.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

United States Bankruptcy Court
411 West Fourth Street
Courtroom 5D
Santa Ana CA 92701

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

Marc C. Forsythe, Esq.
GOE & FORSYTHE, LLP
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437
Email:        mforsythe@goeforlaw.com


Date: 11/22/2017

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                            Page 2                                            **F 6004-2.NOTICE.SALE**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled: **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/22/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/22/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/22/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Catherine Bauer, USBC, 411 West Fourth Street, Santa Ana CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/22/2017 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 3    F 6004-2.NOTICE.SALE

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Simon Aron    saron@wrslawyers.com**
- **Jeffrey W Dulberg    jdulberg@pszjlaw.com**
- **Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com**
- **Richard Girgado    rgirgado@counsel.lacounty.gov**
- **Chad V Haes    chaes@marshackhays.com, ecfmarshackhays@gmail.com**
- **Michael J Hauser    michael.hauser@usdoj.gov**
- **D Edward Hays    ehays@marshackhays.com, ecfmarshackhays@gmail.com**
- **James Andrew Hinds    jhinds@jhindslaw.com, mduran@jhindslaw.com**
- **Scott A Kron    scott@kronandcard.com**
- **Marc Y Lazo    mlazo@whbllp.com**
- **Richard A Marshack    rmarshack@marshackhays.com, lbergini@marshackhays.com;ecfmarshackhays@gmail.com**
- **Paul R Shankman    pshankman@jhindslaw.com, mduran@jhindslaw.com**
- **Rachel M Sposato    rsposato@jhindslaw.com, mduran@jhindslaw.com**
- **United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**

| | **Debtor** | **United States Trustee** |
|---|---|---|
| **In re Mt Yohai, LLC**<br>**USBC Case #8:16-bk-15157-CB** | Mt Yohai, LLC<br>3991 MacArthur Blvd., Ste. #125<br>Newport Beach, CA 92660-3049 | United States Trustee<br>411 West Fourth Street, #7160<br>Santa Ana, CA 92701-4500 |

### CREDITORS

Bowery Design and Development
8581 Santa Monica BLVD #204
West Hollywood, CA 90069-4120

California TD Specialists
8190 East Kaiser Blvd
Anaheim, CA 92808-2215

Crest Real Estate, LLC
11150 W. Olympic Blvd., Suite 700
Los Angeles, CA 90064-1825

Genesis Capital Master Fund II, LLC
Attn Lending Department
21650 Oxnard Street
Suite 1700
Woodland Hills, CA 91367-5058

Jessica Manafort
703 Greenleaf
Topanga, CA 90290

Kathleen Manafort
721 Fifth Avenue #43G
New York, NY 10002-2537

Paul Manafort
721 Fifth Avenue #43G
New York, NY 10002-2537

Samara Engineering
9100 S Sepulveda Blvd., Suite 115
Los Angeles, CA 90045-4849

Richard M. Pachulski, Esq.
Jeffrey W. Dulberg, Esq.
PACHULSKI STANG et al
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Jeffrey Yohai
30254 Morning View Drive
Malibu, CA 90265

Jeffrey Yohai
Baylor Holding LLC
3991 MacArthur Blvd. #125
Newport Beach, CA 92660

Los Angeles County Tax Collector
PO Box 54018
Los Angeles, CA 90054-0018

Robert L. Gerner III
c/o Sotheby's International Realty
9255 Sunset Blvd., Mezzanine
West Hollywood, CA 90069

Thomas Fanning
8581 Santa Monica Blvd., #204
West Hollywood, CA 90069

LA County Treasurer & Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

Robert L. Gerner
1210 Grant Street
Santa Monica, CA 92405

**POC #1 Address for LA County Treasurer**
LA County Treasurer & Tax Collector
PO Box 54110
Los Angeles, CA 90054

**POC #2 Address for FTB**
Franchise Tax Board
PO Box 2952
Sacramento, CA 95812-2952

**POC #3 Address for Genesis Capital**
Jeffrey W. Dulberg, Esq.
Pachulski Stang et al
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

**POC #4 Address for Bowery Design**
Bowery Inv. Group dba Bowery Design
c/o Scott A Kron Esq
Kron & Card, LP
29222 Ranch Viejo Rd #114
San Juan Capistrano, CA 92675

**Request to be added**
Stephen D. Blevit, Esq.
Sidley Austin, LLP
1999 Avenue of the Stars, 17th Fl.
Los Angeles, CA 90067

**Request to be added**
Sophia Daneshgar
1021 Cove Way
Beverly Hills, CA 90210