1 | Marc C. Forsythe, SBN 153854
Charity J. Miller, SBN 286481
2 | Goe & Forsythe, LLP
18101 Von Karman Avenue, Suite 1200
3 | Irvine, CA 92612
mforsythe@goeforlaw.com
4 | cmiller@goeforlaw.com
Tel: 949-798-2460
5 | Fax: 949-955-9437

6 | Attorneys for Mt Yohai, LLC
Debtor and Debtor in Possession

7

**FILED & ENTERED**

**JAN 19 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

**CHANGES MADE BY COURT**

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

10

11 | In re:

12 | MT YOHAI, LLC, a Delaware liability company,

13 | Debtor and Debtor in Possession.

Case No. 8:16-bk-15157-CB

Chapter 11

**ORDER GRANTING MOTION:**

**(1) APPROVING THE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND OTHER INTERESTS, SUBJECT TO OVERBID;**

**(2) FINDING BUYER IS A GOOD FAITH PURCHASER; AND**

**(3) WAIVING 14-DAY STAY OF FRBP 6004(h)**

Date:  December 13, 2017
Time: 11:00 a.m.
Courtroom: 5D
Address:    411 W 4th St.
                    Santa Ana, CA 92701

24 |         A hearing was held on December 13, 2017, at 11:00 a.m., before the Honorable Catherine E.

25 | Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at

26 | 411 West Fourth St., Santa Ana, CA, on Debtors' Motion for Order (1) Approving the Sale of Real

27 | Property Free and Clear of Liens and Other Interests if Purchaser Acquires Real Property in Other

28 | Pending Chapter 11 Case, Subject to Overbid; (2) Finding Buyer is a Good Faith Purchaser; and (3)

1  Waiving 14-Day Stay of FRBP 6004(h) filed December 1, 2017 as Docket #158 ("Motion").

2  Appearances were made as noted on the record.

3         The Court, having read and considered the Motion and related pleadings, heard the arguments of

4  counsel, noted the lack of opposition and that no other bidders participated in the auction, and good cause

5  shown,

6         **IT IS ORDERED**:

7         1.    The Motion is granted  except as modified below:

8             a.    The sale of the real property located at 2521 Nottingham Avenue, Los Angeles, CA

9                  90027, consisting of raw land, including any and all improvements to such property

10                  (the "Mt. Yohai Property") is NOT contingent on the sale of any real property in

11                  any other bankruptcy case;

12         2.    The Debtor is authorized to enter into the Purchase and Sale Agreement, attached as

13             Exhibit "1" to the Notice of Executed Purchase and Sale Agreement filed on November

14             28, 2017  (Docket #169) to sell the Mt. Yohai Property to Thomas Fanning, or his assign

15             (Buyer"), pursuant to 11 U.S.C. § 363(b)(1).

16         3.    The purchase price for the Mt. Yohai Property is $1,800,000.00.  At close of escrow,

17             Buyer, or his assignee, shall take the Mt. Yohai Property free and clear of all liens and

18             encumbrances, including liens held by Genesis Capital Master Fund II ("Genesis"), Los

19             Angeles County Treasurer and Tax Collector and Kathleen Manafort.

20         4.    The purchase price shall be paid by a full credit bid of $522,000 which shall fully satisfy

21             the lien held by Bowery Design and Development, and $1,278,000 which shall be

22             deposited into escrow.

23         5.    The Property will be sold on an "as-is" and "where-is" basis, without representations or

24             warranties, with all warranties and representations being expressly disclaimed, without

25             repairs, and with all faults, if any.

26         6.    After escrow's payment to Genesis and Los Angeles County Treasurer and Tax

27             Collector, the balance of the sale proceeds shall be released by escrow directly to the

28             estate.

       7.    Buyer is a good faith purchaser entitled to the protections of Section 363(m).

8.  The 14-day stay regarding the effectiveness of the Order is waived.

9.  Debtor is authorized to sign any and all documents necessary and to undertake any non-material amendments and modifications necessary to complete the sale of the Mt. Yohai Property without further notice, hearing, or order of this Court.

###

Date: January 19, 2018

Catherine Bauer
United States Bankruptcy Judge