Marc C. Forsythe - State Bar No. 153854
Charity J. Miller – State Bar No. 286481
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
mforsythe@goeforlaw.com
cmiller@goeforlaw.com
Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Attorneys for Mt Yohai, LLC
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>MT YOHAI, LLC, a Delaware limited liability company<br><br>Debtor and Debtor in Possession. | Case No. 8:16-bk-15157-CB<br><br>Chapter 11 Proceeding<br><br>**UPDATED CHAPTER 11 STATUS CONFERENCE REPORT**<br><br>Hearing Date: March 20, 2017<br>Time: 10:00 a.m.<br>Courtroom: 5D |

**TO THE HONORABLE CATHERINE BAUER, UNITED STATES BANKRUPTCY JUDGE, ALL CREDITORS, INTERESTED PARTIES AND THE UNITED STATES TRUSTEE:**

Debtor and Debtor-in-possession Mt. Yohai, LLC, a Delaware limited liability company ("Debtor") hereby files this Chapter 11 Status Conference Report. Debtor filed its Chapter 11 proceeding on December 21, 2016.

1

## I. STATUS OF CLOSING SALE OF PROPERTY.

The sale of the real property located at 2521 Nottingham Avenue, Los Angeles, CA 90027 (the "Property") was approved by this Court by Order entered on January 19, 2018 (Docket # 194), which triggered the last day to close escrow as February 26, 2018.

The sale did not close on February 26, 2018. Attached hereto as **Exhibit "1"** is the email from counsel to the buyer as to why the buyer cancelled the escrow.

Debtor is currently close to obtaining financing to pay all creditors of the estate, and is negotiating with Bowery Design & Development to retain its lien against the Property in order to pay all other creditors and allow for the dismissal of this bankruptcy case.

DATED: March 16, 2018                        Respectfully submitted by,

**GOE & FORSYTHE, LLP**


**By:** /s/Marc C. Forsythe
    Marc C. Forsythe
    Attorneys for Mt Yohai, LLC
    Debtor and Debtor in Possession

# EXHIBIT 1

# EXHIBIT 1

**Marc Forsythe**

| | |
|---|---|
| **From:** | Scott Kron <scott@kronandcard.com> |
| **Sent:** | Thursday, March 1, 2018 6:31 PM |
| **To:** | Marc Forsythe |
| **Cc:** | Richard Marshack; Jeffrey Dulberg |
| **Subject:** | Re: 2521 Nottingham Ave | Have we closed? |

Marc:

The Purchase and Sale Agreement and Joint Escrow Instructions ("PSA") provides in relevant part:

"**Section 2.** (c) all of Seller's right, title and interest, if any, in and to all intangible property relating to the Real Property or the Personal Property in the possession or control of Seller, including, without limitation, all trademarks, trade names, licenses, permits, approvals, authorizations, and other entitlements, all guaranties and warranties related to the Real Property and/or the Personal Property, and all studies, books, records, reports, test results, environmental assessments, and other documents and materials related to the Real Property (the "Intangible Property"); and (d) all other agreements and all other assignable permits regarding the Property, including, without limitation, all plans, maps, permits, drawings, architectural rendering, designs and floor plans, elevations, budgets, proformas, entitlements, and Bowery work product (the "Contracts"); including without limitation tentative maps, final maps, building permits, ..."

"5.1. BY SELLER. On or prior to the Closing Date, Seller shall deliver or cause to be delivered to Escrow Holder the following items:

(a)
A Grant, Bargain, Sale Deed ("Deed"), substantially in the form attached to this Agreement as Exhibit "B" and incorporated herein, duly executed and acknowledged by Seller and in recordable form, conveying the Property to Buyer.

(b) A State of California Declaration of Documentary Transfer Tax showing the real property transfer tax due, duly executed by Seller.

(c) A Transferor's Certificate of Non-Foreign Status, duly executed by Seller.

(d) An Assignment and Bill of Sale conveying title to the Personal Property, the Intangible Property and the Contracts to Buyer, duly executed by Seller.

(e) Any other documents required by this Agreement to be delivered by Seller to Escrow Holder.

(f) Possession of the Property."

"6.1. CONDITIONS PRECEDENT TO BUYER'S OBLIGATIONS.

The following conditions must be satisfied not later than the Closing Date or such other period of time as may be specified below and, as such, are conditions precedent to Buyer's obligations under Section 6.2:

...

1

(d) Seller will have delivered the items described in Section 5.1.

...

    (g) No material change to the Real Property shall have occurred after the date of this Agreement and prior to the Close of Escrow without the prior written consent of Buyer.

    (h) Title Insurance as set forth in Section 9.4 is in fact issued.

The conditions set forth in this Section 6.1 are solely for the benefit of Buyer and may be waived only by Buyer. At all times Buyer has the right to waive any such condition. Such waiver or waivers must be in

writing to Seller.
"

"13.1. DEFAULT BY SELLER.
    In the event the Closing and the consummation of the transactions contemplated by this Agreement do not occur by reason of any default (which includes any material breach of the provisions of this Agreement) by Seller, Buyer will be entitled to pursue any or all of the following remedies: (a) pursue an action for specific performance; or (b) pursue any other remedy available to Buyer at law or in equity."

"17.8 Time of Essence. Time is of the essence in the performance of the parties' respective obligations set forth in this Agreement and all the terms, provisions, covenants and conditions hereof."

The Buyer is cancelling the Purchase and Sale Agreement on the following grounds:

(1) Time was of the essence with the PSA. Default by Seller. On or prior to the Closing Date, the Seller did not satisfy the conditions precedent to the Buyer's obligations (Section 5 Deliveries to Escrow Holder). Indeed, the Seller didn't satisfy any condition precedent to Buyer's obligation on or prior to the Closing Date (Feb. 26, 2018).

"In the event the Closing and the consummation of the transaction contemplated by this Agreement do not occur by reason of any default (which includes any material breach of the provisions of this Agreement) by Seller, Buyer will be entitled to pursue any and all of the following remedies: (a) pursue an action for specific performance; or (b) pursue any other remedy available to Buyer at law or in equity."

If contract for sale of land where time was made the essence of the contract, provision requiring vendor to deliver recordable deed into escrow and provision requiring purchaser to deposit money, note and deed of trust were concurrent conditions, and failure of parties to tender their performances by the date set for performance discharged both parties. (*Pittman v. Canham* (1992) 2 Cal.App.4th 556; *Ninety Nine Investments, Ltd. v. Overseas Courier Service (Singapore) Private, Ltd.* (2004) 113 Cal.App.4th 1118.)

(2) Material change to the Real Property occurred after the date of the PSA and prior to the Close of Escrow without the prior written consent of Buyer. On February 26, 2018, Los Angeles City Department of Building & Safety denied the Seller's Haul Route permit at an open hearing where over 20+ neighbors appeared to object to the issuance of the haul route, citing, amongst other reasons, the seller's history with the project and neighborhood, Paul Manafort's involvement with the property, the inability to demonstrate that there is a new owner (specifically the "Buyer" since the escrow did not happen on time) that is different from the previous owner ("Mt Yohai"), and general distrust with the project overall and its participants as the underlying reasons to deny the permit. This approval is a by right approval, and Consequently, no soil maybe excavated and hauled away from the property, rending the property virtually incapable of being built upon at this time.

(3) Prior to the Close of Escrow, Seller's principal officer, Jeffrey Yohai, advised the Buyer of the threatened seizure of the property by the Federal Government and forfeiture thereof. In conferring with title insurance, the policy does not cover seizure and forfeiture of the property by the Federal Government if any of the parties have any knowledge of such action or possibility thereof.

Please instruct Pickford Escrow to cancel the escrow and refund the Buyer's money.

Should you have any questions, or wish to discuss this matter further, please don't hesitate to contact me and Richard Marshack.


Sincerely,

Scott A. Kron, Esq.
KRON & CARD LLP
29222 Rancho Viejo Road, Suite 114
San Juan Capistrano, CA 92675
Telephone: (949) 367-0520
Facsimile:  (949) 613-8472
www.kronandcard.com


The information in this e-mail message is legally privileged and confidential information intended only for the use of the individual(s) named above. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, copy or forward this e-mail message. If you have received this e-mail message in error, please notify the sender and delete the e-mail from your records. Nothing in this e-mail message shall be interpreted as a digital or electronic signature to authenticate a contract or other legal document.

On Thu, Mar 1, 2018 at 6:27 AM, Marc Forsythe <mforsythe@goeforlaw.com> wrote:
> Scott,
>
> I was advised by escrow yesterday (see email below) and Mr. Marshack that the buyer has cancelled escrow intends to back out of the purchase the property.
>
> Please provide me the reasons for such cancellation.
>
> Please excuse any typos
> Sent from my iPad
> (949)798-2460(o); (949)283-1504(c)
>
> Begin forwarded message:
>
>> From: Theresa Carlini <tcarlini@pickfordescrow.com>
>> Date: February 28, 2018 at 4:10:30 PM PST
>> To: Marc Forsythe <mforsythe@goeforlaw.com>
>> Subject: FW: 2521 Nottingham Ave | Have we closed?
>>
>> Please see email chain below.  The buyer wants to cancel, please advise.

3

**From:** Scott Kron [mailto:scott@kronandcard.com]
**Sent:** Wednesday, February 28, 2018 4:05 PM
**To:** Theresa Carlini <tcarlini@pickfordescrow.com>
**Cc:** Amber De Lapp <adelapp@pickfordescrow.com>; Richard Marshack <RMarshack@marshackhays.com>
**Subject:** Re: 2521 Nottingham Ave | Have we closed?

Do you have signed escrow instructions from the Seller?

Did the Seller submit all the documents it was required to submit under the PSA?

When we spoke yesterday, the only thing the Seller had submitted into escrow was a certified copy of the BK Order.

Sincerely,

Scott A. Kron, Esq.
KRON & CARD LLP
29222 Rancho Viejo Road, Suite 114
San Juan Capistrano, CA 92675
Telephone: (949) 367-0520
Facsimile: (949) 613-8472
www.kronandcard.com

The information in this e-mail message is legally privileged and confidential information intended only for the use of the individual(s) named above. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, copy or forward this e-mail message. If you have received this e-mail message in error, please notify the sender and delete the e-mail from your records. Nothing in this e-mail message shall be interpreted as a digital or electronic signature to authenticate a contract or other legal document.

On Wed, Feb 28, 2018 at 4:03 PM, Theresa Carlini <tcarlini@pickfordescrow.com> wrote:

4

Have you confirmed this with the seller's attorney? I need to be instructed mutually by both buyer and seller.

Please discuss this with Marc and get back to me.

-



At your service,

## Theresa Carlini

*Branch Manager/Escrow Officer for Irvine, Mission Viejo, Ladera Ranch*

**Pickford Escrow Company, A HomeServices of America Company**

Office: 949.586.2700 | Fax: 949.206.1259 | TCarlini@PickfordEscrow.com

**BEWARE! Cybercrime is on the rise! Hacking, Phishing and online attacks are on the rise. In an effort to provide the highest level of protection possible, we will always enable security settings when sending wire instructions to you. It is in your best interest NOT to rely or act on wire instructions sent to you by any party other than us. In all instances, it is highly recommended that you call our office to verify our wire instructions prior to initiating a wire transfer.**

**Pickford Escrow Company:** *Passes* 3rd Best Practices Audit and has received SSAE No. 18 SOC 1 Type II and SOC 2 Type II certifications from our Auditors.

**CONFIDENTIAL NOTICE:** This e-mail message is the property of Pickford Escrow Company. The contents of this message and any attachments are confidential, prepared only for the intended addressee, and protected by law under the attorney-client privilege, attorney-work-product doctrine, and/or other applicable privileges. If you are not the intended recipient of this message, please forward a copy to Compliance@PickfordEscrow.com and delete the message and its attachments from your computer. Please also immediately contact us and ask to speak to the sender of this message. Thank you for your assistance in correcting this error.

Communicating through email is not secure or confidential. Pickford Escrow Company will always encrypt emails and/or attachments that contain sensitive non-public personal information. Returning sensitive information to us via an unsecure email may be unsafe. As an alternative, you may consider

5

calling our office with the information via fax. Should you have any questions regarding our policy please contact your escrow officer or Compliance@PickfordEscrow.com.

**From:** Scott Kron [mailto:scott@kronandcard.com]
**Sent:** Wednesday, February 28, 2018 3:38 PM
**To:** Theresa Carlini <tcarlini@pickfordescrow.com>
**Cc:** Amber De Lapp <adelapp@pickfordescrow.com>; Richard Marshack <RMarshack@marshackhays.com>
**Subject:** Re: 2521 Nottingham Ave | Have we closed?

Theresa:

You are hereby instructed not to close escrow. Grounds include, but not limited to the following:

(1) The Seller has failed to perform; and

(2) There has been a material change in the property.

Please refund the lender and the buyer, and circulate cancellation instructions.

Sincerely,

Scott A. Kron, Esq.
KRON & CARD LLP
29222 Rancho Viejo Road, Suite 114
San Juan Capistrano, CA 92675
Telephone: (949) 367-0520
Facsimile: (949) 613-8472
www.kronandcard.com

The information in this e-mail message is legally privileged and confidential information intended only for the use of the individual(s) named above. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, copy or forward this e-mail message. If you have received this e-mail message in error, please notify the sender and delete the e-mail from your records. Nothing in this e-mail message shall be interpreted as a digital or electronic signature to authenticate a contract or other legal document.

**PRIVILEGED AND CONFIDENTIAL - ATTORNEY CLIENT COMMUNICATION**
This e-mail is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and is legally privileged. Do NOT Forward This Message.

This message originates from the law firm of Goe & Forsythe, LLP. The information contained herein is intended for the personal and confidential use of the recipient(s) named above. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this communication or its attachments is strictly prohibited by law and is subject to criminal and civil penalties. All personal messages express solely the sender's views and not those of Goe & Forsythe, LLP.
ANY TAX ADVICE CONTAINED IN THE BODY OF THIS E-MAIL WAS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, BY THE RECIPIENT FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER THE INTERNAL REVENUE CODE OR APPLICABLE STATE OR LOCAL TAX LAW PROVISIONS.

Please take into consideration the environment before printing this email...save a Tree.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **UPDATED CHAPTER 11 STATUS CONFERENCE REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 16, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Simon Aron    saron@wrslawyers.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- Richard Girgado    rgirgado@counsel.lacounty.gov
- Chad V Haes    chaes@marshackhays.com, ecfmarshackhays@gmail.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com, ecfmarshackhays@gmail.com
- James Andrew Hinds    jhinds@jhindslaw.com, mduran@jhindslaw.com
- Scott A Kron    scott@kronandcard.com
- Marc Y Lazo    mlazo@whbllp.com
- Richard A Marshack    rmarshack@marshackhays.com, lbergini@marshackhays.com;ecfmarshackhays@gmail.com
- Paul R Shankman    pshankman@jhindslaw.com, mduran@jhindslaw.com
- Rachel M Sposato    rsposato@jhindslaw.com, mduran@jhindslaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 16, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:
(state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 16, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Catherine Bauer, USBC, 411 West Fourth Street, Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 16, 2018 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

3