Jeffrey I. Golden, SBN 133040
jgolden@wgllp.com
Faye C. Rasch, SBN 253838
frasch@wgllp.com
Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel: 714-966-1000
Fax: 714-966-1002

Attorneys for Thomas H. Casey,
Chapter 7 Trustee

**FILED & ENTERED**

**JUN 29 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY firman    DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>779 STRADELLA, LLC, a Delaware Limited Liability Company,<br><br>    Debtor. | Case No. 8:16-bk-15156-CB<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION:**<br>**(1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF ALL LIENS PURSUANT TO 11 U.S.C. §§ 363(b) and (f);**<br>**(2) APPROVING OVERBID PROCEDURES;**<br>**(3) APPROVING BUYER, SUCCESSFUL BIDER, AND BACK-UP BIDDER AS GOOD FAITH PURCHASER PURSUANT TO 11 U.S.C. §363(M); and**<br>**(4) AUTHORIZING PAYMENT OF UNDISPUTED LIENS AND OTHER ORDINARY COSTS OF SALE**<br><br>Date: June 5, 2018<br>Time: 2:30 P.M.<br>Courtroom: 5D<br>Address: 411 W 4th Street<br>          Santa Ana, CA 92701 |

    A hearing was held on June 5, 2018, at 2:30 p.m., before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411West Fourth St., Santa Ana, CA, on Chapter 7 Trustee's Motion (1) Authorizing Sale of Real Property Free and Clear of all Liens Pursuant to 11 U.S.C. §§ 363(b) and (f); (2) Approving Overbid Procedures; (3) Approving Buyer, Successful Bidder, and Back-up Bidder

as Good-Faith Purchasers Pursuant to 11 U.S.C. § 363(m); and (4) Authorizing Payment of Undisputed Liens, and Other Ordinary Costs of Sale filed April 13, 2018 as Docket #183 ("Motion").  Appearances were made as noted on the record.

The Court having read and considered the Motion and all related subsequent pleadings, noted the opposition and the reply, heard the discussion on the record, and with good cause shown,

IT IS ORDERED:

1. The Motion is granted and the Sale Agreement attached as Exhibit "A" is approved.

2. RAFT Masterfund II, LLC (fka Genesis Capital Master Fund II, LLC) is approved as Buyer with a purchase price of $104,000.00 and are deemed "good faith purchasers" pursuant to 11 U.S.C. § 363(m).

3. All outstanding real property taxes due and owing to the Los Angeles County Treasurer and Tax Collector shall be paid in full upon closing of the Sale.

4. Notwithstanding Bankruptcy Rules 6004 and 7062, this Order shall be effective and enforceable immediately upon entry, its provisions shall be self-executing, and the Trustee is authorized to proceed with the sale.  The Motion or notice of Motion shall be deemed to provide sufficient notice of the Trustee's request for waiver of the otherwise applicable stay of the order.

###

Date: June 29, 2018

Catherine Bauer
United States Bankruptcy Judge