Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
**WEILAND GOLDEN GOODRICH LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Chapter 7 Trustee
Thomas H. Casey

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MT. YOHAI, LLC, a Delaware limited liability company,<br><br>Debtor. | Case No.  8:16-bk-15157-CB<br><br>Chapter 7<br><br>**NOTICE OF MOTION AND MOTION OF CHAPTER 7 TRUSTEE, THOMAS H. CASEY, TO RECONSIDER ORDER APPROVING STIPULATION BETWEEN DEBTOR AND SECURED CREDITOR BOWERY INVESTMENT GROUP, INC. DBA BOWERY DESIGN AND DEVELOPMENT; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF THOMAS H. CASEY IN SUPPORT**<br><br>DATE:    December 11, 2018<br>TIME:    2:30 p.m.<br>PLACE: Courtroom 5D<br>       411 West Fourth Street<br>       Santa Ana, CA 92701 |

**TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR AND DEBTOR'S COUNSEL, AND ALL PARTIES IN INTEREST:**

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

**PLEASE TAKE NOTICE** that on December 11, 2018 at 2:30 p.m. in Courtroom 5D of the United States Bankruptcy Court located at 411 West Fourth Street, Santa Ana, California 92701, a hearing will be held on Thomas H. Casey's, the chapter 7 trustee (the "Trustee") for the bankruptcy estate of Mt. Yohai, LLC (the "Debtor") Motion to Reconsider the Order Approving Stipulation Between Debtor and Secured Creditor Bowery Investment Group, Inc. DBA Bowery Design and Development (the "Motion"). Said Motion is based upon the grounds set forth in the attached Motion.

**PLEASE TAKE FURTHER NOTICE** that the hearing on this motion is being held on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Office of the United States Trustee, the Trustee and Trustee's attorney at the address set forth above no less than fourteen (14) days prior to the hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Respectfully submitted,

Dated: November 20, 2018

WEILAND GOLDEN GOODRICH LLP

By: */s/ Jeffrey I. Golden*
JEFFREY I. GOLDEN
BETH E. GASCHEN
RYAN W. BEALL
Counsel for Chapter 7 Trustee
Thomas H. Casey

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

## I. **INTRODUCTION**

The Trustee moves this Court for reconsideration of the *Order Approving Stipulation Between Debtor and Secured Creditor Bowery Investment Group, Inc. DBA Bowery Design and Development* [Docket No. 121] (the "Order") entered on November 3, 2017, which approved the stipulation entered into between the Debtor and Bowery Investment Group, Inc. dba Bowery Design & Development ("Bowery") [Docket No. 101] (the "Stipulation").  The Stipulation and Order provide that Bowery shall have an allowed secured claim in the amount of $522,000.00 as a result of its mechanics lien.

This is not supported by the facts underlying the claim and state law.  While Bowery filed a notice of mechanics lien claim, Bowery never commenced an action within 90 days of filing the notice.  Under the California Code of Civil Procedure, without commencing such an action during this time frame, the notice of lien terminates and is unenforceable.  As such, there is no justification or legal reason for the Proof of Claim (defined below) to be allowed as a secured claim.  The Stipulation cannot create such a security interest and, thus, the Trustee respectfully requests the Court grant the Motion, reconsider the Order, and enter an order denying the Stipulation.

## II. **STATEMENT OF FACTS**

On December 21, 2016, the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.  *See* Docket No. 1.[1]  The Debtor's case was converted to one under Chapter 7 by order entered on March 21, 2018.  *See* Docket No. 211.  Thomas H. Casey was appointed the Chapter 7 trustee on March 28, 2018. *See* Docket No. 214.

The Debtor's sole asset is the real property located at 2521 Nottingham Avenue, Los Angeles, California 90027 (the "Property"), which the Debtor scheduled with a value of $6.5 million.  The Debtor scheduled the following encumbrances against the Property:

---

[1] The Trustee requests the Court take judicial notice of its docket, the date of filing of pleadings on its docket and admissions of the Debtor in its schedules and related documents.

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

(i) a first priority deed of trust held by Genesis Capital Master Fund II, LLC that secures a debt of approximately $809,108.80; (ii) a second priority deed of trust held by Kathleen Manafort that secures a debt approximately $748,000.00; (iii) property tax liens held by the Los Angeles County Tax Collector that secure tax obligations of approximately $12,535.27; and (iv) a lien in favor of Bowery in the amount of $522,000.00. *See* Docket No. 34.

Bowery filed a proof of claim, no. 4-1, on June 21, 2017, asserting a $522,000.00 mechanics claim secured on the Debtor's real property. On July 27, 2017, Bowery filed an amended proof of claim, no. 4-2, adding information regarding the amount of time spent doing work for each month since December, 2014 (the "Proof of Claim"). The Proof of Claim contains a copy of a recorded "Claim of Mechanics Lien" with a recording date of August 26, 2016.

On August 25, 2017, Bowery filed the Stipulation.[2] The Stipulation states that the Debtor does not dispute the claim, and that Bowery has a fully secured claim against the Property in the amount of $522,000.00. The Stipulation also states that it is without prejudice to the right of a subsequently appointed bankruptcy trustee to seek reconsideration of an order approving the Stipulation under Federal Rule of Bankruptcy Procedure ("FRBP") 3008 and 11 U.S.C. § 502(j).

**III.**   **THE COURT SHOULD RECONSIDER ITS APPROVAL OF THE STIPULATION AND THE ENTRY OF THE ORDER ALLOWING THE PROOF OF CLAIM**

**A.**   **The Court Has Authority to Vacate an Order Approving Stipulation**

Reconsideration of the Order approving the Stipulation and allowing the Proof of Claim is appropriate under the circumstances of this case.  FRBP 3008 states that a party in interest may move for reconsideration of an order allowing or disallowing a claim

---

[2] The Trustee has been informed that Bowery is a shareholder in Baylor Holdings, the parent company for the Debtor. Although the Trustee has yet to independently verify this information, for the purposes of full disclosure, the Trustee is including this potential link between Bowery and the Debtor.

1   against the estate.  Fed. R. Bankr. P. 3008.  The Trustee is such a party in interest and

2   the Order allows the Bowery claim.  Similarly, § 502(j) states: "[a] claim that has been

3   allowed or disallowed may be reconsidered for cause. A reconsidered claim may be

4   allowed or disallowed according to the equities of the case. . ." 11 U.S.C. § 502(j).  The

5   Proof of Claim was allowed pursuant to the Stipulation and Order and as set forth below in

6   detail, and there is cause for reconsideration.  In addition, the Stipulation specifically

7   states that it is "without prejudice to the right of a subsequently appointed bankruptcy

8   trustee to seek reconsideration of an order approving this Stipulation under Rule 3008 of

9   the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 502(j)."

10      Bankruptcy courts, as courts of equity, have the power to reconsider, modify or

11  vacate their previous orders as long as no intervening rights have become vested in

12  reliance on the orders.  *In re Lenox*, 902 F.2d 737, 740-41 (9th Cir. 1990); *citing*

13  *Chinichian v. Campolongo (In re Chinichian)*, 784 F.2d 1440, 1443 (9th Cir. 1986); *Taylor*

14  *v. Lake (In re CADA Invs., Inc.)*, 664 F.2d 1158, 1161 (9th Cir. 1981).  As the Property has

15  not been sold, and Bowery has not received payment on its claim, there is no impediment

16  to reconsideration. Seeking reconsideration at this time is also appropriate as there is no

17  time limit for bringing a FRBP 3008 motion. *In re Levoy*, 182 B.R. 827, 832 (9th Cir. B.A.P.

18  1995).

19      **B.**   **The Mechanic's Lien Was Not Perfected and Therefore the Bowery**

20          **Claim Is Not Secured**

21      Cause exists to reconsider the allowance of the Proof of Claim and approval of the

22  Stipulation.  The secured status of the Proof of Claim is based upon the fact that Bowery

23  had recorded a claim of mechanics lien.  The Stipulation allows the Proof of Claim in the

24  amount of $522,000.00 as fully secured against the Property; however, Bowery legally

25  does not hold a secured claim against the estate nor the Property because Bowery never

26  perfected its mechanics lien pre-petition.

27      A mechanic's lien is perfected by filing a claim of lien within certain time limitations

28  and by meeting other statutory requirements. *Shady Tree Farms, LLC v. Omni Financial,*

WEILAND Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

1    *LLC*, 206 Cal.App.4th 131, 135 (2012). One of those statutory requirements is found in

2    California Code of Civil Procedure § 8460(a) which states that "[t]he claimant shall

3    commence an action to enforce a lien within 90 days after recordation of the claim of lien.

4    If the claimant does not commence an action to enforce the lien within that time, the claim

5    of lien expires and is unenforceable." Cal. Code Civ. P. § 8460(a). Therefore, at a

6    minimum, for a mechanics lien to be perfected, a claim of lien must be recorded, and

7    subsequently, within 90 days of recordation, an action must be commenced to enforce the

8    lien.

9        Attached to its Proof of Claim, Bowery provided a copy of a recorded "Claim of

10   Mechanics Lien" with a recording date of August 26, 2016. In order to properly perfect the

11   mechanics lien under Cal. Code Civ. Proc. § 8460(a), Bowery was required to commence

12   an action to enforce the lien within 90 days of recordation. Failure to do so results in the

13   claim of lien expiring and becoming unenforceable. At no point prior to the bankruptcy

14   filing did Bowery commence an action to enforce the mechanics lien. Consequently, as

15   prescribed in Cal. Code Civ. Proc. § 8460(a), the lien expired and became unenforceable

16   91 days after the recordation of the lien, or November 25, 2016. The Debtor commenced

17   this case on December 21, 2016. Thus, as of the petition date, Bowery did not have a

18   valid mechanics lien and no lien secured by the Property.

19       Furthermore, a title search of the property does not reveal any mechanics lien

20   recorded against the Property, which is a result of Bowery's failure to properly perfect its

21   mechanics lien. As there is no perfected mechanics lien on the Property, Bowery has no

22   basis for asserting a secured claim.

23       It was improper for the Stipulation to provide Bowery with an allowed secured claim

24   based upon the mechanics lien. An allowed claim is only secured to the extent that it is

25   secured by a lien on property in which the estate has an interest. 11 U.S.C. § 506(a)(1).

26   Therefore, where the lien underlying an allowed claim has expired, the claim cannot be a

27   secured claim under the unambiguous language of the Code. A subsequently-appointed

28   trustee is not necessarily bound by the actions of a debtor, such as when the debtor acts

WEILAND GOLDEN GOODRICH LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

MOTION FOR RECONSIDERATION

outside the confines of the bankruptcy laws. *In re International Fibercom, Inc.*, 503 F.3d 933, 944 (9th Cir. 2007); *see also In re An-Tze Cheng*, 308 B.R. 448 (9th Cir. B.A.P. 2004). Improperly granting a creditor a secured claim through a stipulation is the type of action that falls outside the confines of the bankruptcy laws that specifically outline what is required for a claim to be deemed an allowed secured claim.

Stipulations indicate agreement between the parties, however, the bankruptcy court in exercise of its equitable powers can set aside a stipulation entirely if the interests of justice so require and if the parties can be restored to the positions they occupied before they entered the stipulation. *A & A Sign Co. v. Maughan*, 419 F.2d 1152, 1155 (9th Cir. 1969). To date, the Property has not been sold and Bowery has not been paid on its Proof of Claim. Therefore, it is simple to restore the parties to the positions they occupied before the Stipulation. The Trustee is not, at this time, disputing that Bowery should have a claim against the estate based upon work performed pre-petition, however, that claim amounts to a general unsecured claim against the Property. The Trustee is in process of selling the Property and failure to reconsider the Stipulation would impermissibly grant a secured claim to a creditor with no valid, enforceable lien and would result in a significant windfall to Bowery at the cost of distribution to other unsecured creditors.  Accordingly, the interests of justice clearly require a reconsideration of the Stipulation.

//
//
//
//
//
//
//
//
//
//

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1  **IV.**    <u>**CONCLUSION**</u>

2      **WHEREFORE**, the Trustee prays that the Court enter an order granting this Motion

3  pursuant to Federal Rule of Bankruptcy Procedure 3008 and 11 U.S.C. § 502(j), and

4  denying the Stipulation.

5                                          Respectfully submitted,

6  Dated:  November 20, 2018              WEILAND GOLDEN GOODRICH LLP

7

                                          By:  */s/ Jeffrey I. Golden*_____
8                                              JEFFREY I. GOLDEN
                                               BETH E. GASCHEN
9                                              RYAN W. BEALL
                                               Counsel for Chapter 7 Trustee
10                                             Thomas H. Casey

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1194297.1

MOTION FOR RECONSIDERATION

## DECLARATION OF THOMAS H. CASEY

I, Thomas H. Casey, declare as follows:

1.      I am the Chapter 7 trustee (the "Trustee") for the bankruptcy estate of Mt. Yohai, LLC (the "Debtor").  I know each of the following facts to be true of my own personal knowledge, except as otherwise stated, and, if called as a witness, I could and would competently testify with respect thereto.  I make this declaration in support of the *Motion to Reconsider Order Approving Stipulation Between Debtor and Secured Creditor Bowery Investment Group, Inc. DBA Bowery Design and Development* (the "Motion"). Any term not specifically defined herein shall have the meaning provided in the Motion.

2.      According to the proceeding's docket, on December 21, 2016, the Debtor filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Bankruptcy Code.

3.      The docket further reflects that the Debtor's case was converted to one under Chapter 7 by order entered on March 21, 2018.

4.      I was appointed the chapter 7 trustee on March 28, 2018.

5.      Based upon my review of the Debtor's Schedules, the Debtor's sole asset available for the distribution to unsecured creditors is the Property.

6.      Based upon my review of the Debtor's Schedules, among the liens on the Property, the Debtor scheduled a lien in favor of Bowery in the amount of $522,000.00.

7.      Based upon my review of the docket, Bowery filed a proof of claim, No. 4-1, asserting a $522,000.00 mechanics lien secured on the Property and later filed an amended proof of claim, No. 4-2, asserting the same, a true and correct copy of which is attached hereto as Exhibit "1."

8.      Based upon my review of the docket, on August 25, 2017, Bowery and the Debtor filed the Stipulation granting Bowery a secured claim against the estate and the Property.  A true and correct copy of the Stipulation is attached hereto as Exhibit "2."

WEILAND GOLDEN GOODRICH LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

9.      Based upon my review of the docket, the Court entered an order approving the Stipulation on November 3, 2017. A true and correct copy of the Order is attached hereto as Exhibit "3."

10.      I am concurrently filing an objection to the Proof of Claim in order to reclassify the Proof of Claim as a general unsecured claim.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of November, 2018, at Rancho Santa Margarita, California.

THOMAS H. CASEY

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000    Fax 714-966-1002

# EXHIBIT 1

| **Fill in this information to identify the case:** |
| --- |

Debtor 1     MT YOHAI, LLC, a Delaware limited liability company

Debtor 2     _____
(Spouse, if filing)

United States Bankruptcy Court for the:   Central District of California

Case number   8:16-bk-15157 CB

---

## Official Form 410

# Proof of Claim

4/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| **Part 1:** | **Identify the Claim** |
| --- | --- |

**1. Who is the current creditor?**

Bowery Investment Group, Inc. dba Bowery Design & Development
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| --- | --- |
| Scott A. Kron, Esq., Kron & Card LLP<br>Name | Scott A. Kron, Esq., Kron & Card LLP<br>Name |
| 29222 Ranch Viejo Rd., Suite 114<br>Number    Street | 29222 Ranch Viejo Rd., Suite 114<br>Number    Street |
| San Juan Capistrano  CA    92675<br>City     State    ZIP Code | San Juan Capistrano  CA    92675<br>City     State    ZIP Code |
| Contact phone (949) 367-0520 | Contact phone (949) 367-0520 |
| Contact email scott@kronandcard.com | Contact email scott@kronandcard.com |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☐ No
☑ Yes.  Claim number on court claims registry (if known) 4 _____

Filed on 06/21/2017
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

---

EXHIBIT 1     PAGE 11

**Part 2:    Give Information About the Claim as of the Date the Case Was Filed**

| | | |
|---|---|---|
| 6. | **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |

| | | |
|---|---|---|
| 7. | **How much is the claim?** | $_____ 522,000.00   **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Design and Architectural Service |

| | |
|---|---|
| 9. | **Is all or part of the claim secured?** | ☐ No<br>☑ Yes.    The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:**    Claim of Mechanics Lien<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**    $    1,793,202.10<br>**Amount of the claim that is secured:**    $    522,000.00<br>**Amount of the claim that is unsecured:**  $_____ 0.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**    $    522,000.00<br><br>**Annual Interest Rate** (when case was filed) 10.00 %<br>☑ Fixed<br>☐ Variable |

| | | |
|---|---|---|
| 10. | **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____ |

| | | |
|---|---|---|
| 11. | **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

EXHIBIT 1    PAGE 12

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No ☐ Yes. *Check all that apply:* | **Amount entitled to priority** |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____0.00 |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____0.00 |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____0.00 |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____0.00 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____0.00 |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    07/27/2017
                    MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | Scott | A. | Kron |
|---|---|---|---|
| | First name | Middle name | Last name |

| Title | Attorney for Creditor |
|---|---|

| Company | Kron & Card LLP |
|---|---|
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |

| Address | 29222 Rancho Viejo Rd., Suite 114 | | |
|---|---|---|---|
| | Number    Street | | |
| | San Juan Capistrano | CA | 92675 |
| | City | State | ZIP Code |

| Contact phone | (949) 367-0520 | Email | scott@kronandcard.com |
|---|---|---|---|

EXHIBIT 1    PAGE 13



**This page is part of your document - DO NOT DISCARD**





## 20161021013

**Pages: 0004**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**08/26/16 AT 10:58AM**

| | |
|---|---|
| FEES: | 24.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 24.00 |



**L E A D S H E E T**



201608263270015

**00012549830**



007764094

**SEQ:
01**

DAR - Counter (Upfront Scan)



**THIS FORM IS NOT TO BE DUPLICATED**

E453320

EXHIBIT 1     PAGE 14

08/26/2016

*20161021013*

Recording Requested By:

Bowery Investment Group, Inc.
dba Bowery Design & Development

When Recorded Mail To Claimant at:

| Name | Kron & Card LLP |
| Street Address | 29222 Rancho Viejo Road, Suite 114 |
| City & State, Zip | San Juan Capistrano, CA 92675 |

SPACE ABOVE THIS LINE FOR RECORDERS USE

## CLAIM OF MECHANICS LIEN
### (CA Civil Code 8400 et seq)

THE UNDERSIGNED CLAIMANT, __BOWERY INVESTMENT GROUP, INC. dba BOWERY DESIGN & DEVELOPMENT__, CLAIMS A LIEN FOR LABOR, SERVICES, EQUIPMENT, AND/OR MATERIALS UNDER CALIFORNIA CIVIL CODE SECTION 8416 ET SEQ., UPON THE PREMISES HEREINAFTER DESCRIBED, AND UPON EVERY ESTATE OR INTEREST IN SUCH STRUCTURES, IMPROVEMENTS AND PREMISES HELD BY ANY PARTY HOLDING ANY ESTATE THEREIN.

THE LABOR, SERVICES, EQUIPMENT, AND/OR MATERIALS, WERE FURNISHED FOR THE CONSTRUCTION OF THOSE CERTAIN BUILD-INGS, IMPROVEMENTS, OR STRUCTURES, NOW UPON THAT CERTAIN PARCEL OF LAND SITUATED IN THE COUNTY OF __LOS ANGELES__ STATE OF CALIFORNIA, SAID LAND DESCRIBED AS FOLLOWS:

Address: __2521 Nottingham Ave., Los Angeles, CA 90027__

and/or Sufficient Description: __APN: 5588-002-044.    TR=PARCEL MAP AS PER BK 27 P 14 OF PM LOT A__

THE MECHANICS LIEN IS CLAIMED FOR THE FOLLOWING GENERALLY DESCRIBED WORK, LABOR, SERVICES, EQUIPMENT OR MATERIALS:

Description: __Design and Architectural Services, CONSTRUCTION__

THE SUM OF $ __522,000.00__, TOGETHER WITH INTEREST THEREON AT THE RATE OF __10__ PERCENT PER __ANNUM__ FROM __8/1/2016__ (date when balance became due), IS DUE CLAIMANT, AFTER DEDUCTING ALL JUST CREDITS AND OFFSETS, FOR THE LABOR, SERVICES, EQUIPMENT, AND/OR MATERIALS FURNISHED BY CLAIMANT.

CLAIMANT FURNISHED THE LABOR, SERVICES, EQUIPMENT, AND/OR MATERIALS, AT THE REQUEST OF, OR UNDER CONTRACT WITH:

Name: __MT YOHAI, LLC__

Address: __6446 Rodgerton Dr., Los Angeles, CA 90068-1918__

THE OWNER(S) OR REPUTED OWNER(S) OF SAID PREMISES IS/ARE:

Name: __MT YOHAI, LLC__

Address: __6446 Rodgerton Dr., Los Angeles, CA 90068-1918__

DATE: __August 25, 2016__

NAME OF CLAIMANT: Bowery Investment Group dba Bowery Design & Development
(Claimant Name)

BY: _____
Scott A. Kron, Authorized Agent

## VERIFICATION

I, __Scott A. Kron__, state: I am the __Authorized Agent of__ ("Owner of", "President of", Authorized Agent of", "Partner of", etc.) the claimant named in the foregoing Mechanics Lien. I have read said Mechanics Lien and know the contents thereof; the same is true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __August 25__, __2016__. (date), at __San Juan Capistrano__ (city), California.

_____
(Signature of Claimant or Authorized Agent)

Page 1 of 3

EXHIBIT 1    PAGE 15

2521 Nottingham Ave Los Angeles CA

September 2014 to July 2016

| Task Code | Task | Principal | Senior Architect | Junior Architect#1 | Junior Architect#2 | All |
|-----------|------|-----------|------------------|--------------------|--------------------|-----|
| | $ Rate: | 225 | 125 | 66.5 | 58 | |
| | | **H O U R S** | | | | |

**Schematic Design**

| Task Code | Task | Principal | Senior Architect | Junior Architect#1 | Junior Architect#2 | All |
|-----------|------|-----------|------------------|--------------------|--------------------|-----|
| 14-Q4 | September - December 2014 | 88.5 | 45 | 70 | 102 | 305.5 |
| 15-Q1 | January - March 2015 | 75 | 14 | 230 | 374.25 | 693.25 |
| 15-Q2 | April - June 2015 | 13 | 5 | 27 | 16 | 61 |
| 15-Q3 | July - September 2015 | 11 | 16.25 | 19.25 | 9.5 | 56 |
| 15-Q4 | October - December 2015 | 3 | 18 | 4 | 4 | 29 |
| 16-Q1 | January - March 2016 | 0 | 0 | 0 | 0 | 0 |
| 16-Q2 | April - May 2016 | 0 | 0 | 0 | 0 | 0 |
| | TOTAL HOURS | 190.5 | 98.25 | 350.25 | 505.75 | 1144.75 |
| | TOTAL DOLLARS | $ 42,862.50 | $ 12,281.25 | $ 23,291.63 | $ 29,333.50 | $ 107,768.88 |

**Design Development**

| Task Code | Task | Principal | Senior Architect | Junior Architect#1 | Junior Architect#2 | All |
|-----------|------|-----------|------------------|--------------------|--------------------|-----|
| 14-Q4 | September - December 2014 | 0 | 0 | 0 | 0 | 0 |
| 15-Q1 | January - March 2015 | 0 | 0 | 0 | 0 | 0 |
| 15-Q2 | April - June 2015 | 26 | 33 | 20 | 210 | 289 |
| 15-Q3 | July - September 2015 | 32 | 75 | 332 | 486 | 925 |
| 15-Q4 | October - December 2015 | 13 | 5 | 65 | 43 | 126 |
| 16-Q1 | January - March 2016 | 10 | 0 | 23 | 15 | 48 |
| 16-Q2 | April - May 2016 | 2 | 5 | 11 | 13 | 31 |
| | TOTAL HOURS | 83 | 118 | 451 | 767 | 1419 |
| | TOTAL DOLLARS | $ 18,675.00 | $ 14,750.00 | $ 29,991.50 | $ 44,486.00 | $ 107,902.50 |

**Construction Documents**

| Task Code | Task | Principal | Senior Architect | Junior Architect#1 | Junior Architect#2 | All |
|-----------|------|-----------|------------------|--------------------|--------------------|-----|
| 14-Q4 | September - December 2014 | 0 | 0 | 0 | 0 | 0 |
| 15-Q1 | January - March 2015 | 0 | 0 | 0 | 0 | 0 |
| 15-Q2 | April - June 2015 | 15 | 51 | 226 | 354 | 646 |
| 15-Q3 | July - September 2015 | 9 | 31 | 164 | 123 | 327 |
| 15-Q4 | October - December 2015 | 21 | 136 | 265 | 367 | 789 |
| 16-Q1 | January - March 2016 | 19 | 188 | 331 | 408 | 946 |
| 16-Q2 | April - May 2016 | 10 | 160 | 286 | 106 | 562 |
| 16-Q3 | July 2016 | 4 | 30 | 26 | 24 | 84 |
| | TOTAL HOURS | 78 | 596 | 1298 | 1382 | 3354 |
| | TOTAL DOLLARS | $ 17,550.00 | $ 74,500.00 | $ 86,317.00 | $ 80,156.00 | $ 258,523.00 |

**Building Permits**

| Task Code | Task | Principal | Senior Architect | Junior Architect#1 | Junior Architect#2 | All |
|-----------|------|-----------|------------------|--------------------|--------------------|-----|
| 14-Q4 | September - December 2014 | 0 | 0 | 0 | 0 | 0 |
| 15-Q1 | January - March 2015 | 0 | 0 | 0 | 0 | 0 |
| 15-Q2 | April - June 2015 | 0 | 0 | 0 | 0 | 0 |
| 15-Q3 | July - September 2015 | 8 | 48 | 64 | 36 | 156 |
| 15-Q4 | October - December 2015 | 6 | 29 | 43 | 12 | 90 |
| 16-Q1 | January - March 2016 | 8 | 15 | 21 | 9 | 53 |
| 16-Q2 | April - May 2016 | 3 | 55 | 31 | 26 | 115 |
| 16-Q3 | July 2016 | 0 | 13 | 12 | 13 | 38 |
| | TOTAL HOURS | 25 | 160 | 171 | 96 | 452 |
| | TOTAL DOLLARS | $ 5,625.00 | $ 20,000.00 | $ 11,371.50 | $ 5,568.00 | $ 42,564.50 |

**Additional Services**

| Task Code | Task | Principal | Senior Architect | Junior Architect#1 | Junior Architect#2 | All |
|-----------|------|-----------|------------------|--------------------|--------------------|-----|
| RENDERS | Hi Res Renders | 0 | 15 | 28 | 26 | 69 |
| | TOTAL HOURS | 0 | 15 | 28 | 26 | 69 |
| | TOTAL DOLLARS | $ - | $ 1,875.00 | $ 1,862.00 | $ 1,508.00 | $ 5,245.00 |

| | | Principal | Senior Architect | Junior Architect#1 | Junior Architect#2 | All |
|---|---|-----------|------------------|--------------------|--------------------|-----|
| | TOTAL HOURS | 376.5 | 987.25 | 2298.25 | 2776.75 | 6438.75 |
| | TOTAL DOLLARS | $ 84,712.50 | $ 123,406.25 | $ 152,833.63 | $ 161,051.50 | $ 522,003.88 |

EXHIBIT 1    PAGE 16

**BOWERY**
DESIGN + DEVELOPMENT

**Project:**

**2521 Nottingham**

| | 9/1/14 - 9/14/14 | 9/15/14 - 9/28/14 | 9/29/14 - 10/12/14 | 10/13/14 - 10/26/14 | 10/27/14 - 11/9/14 | 11/10/14 - 11/23/14 | 11/24/14 - 12/7/14 | 12/8/14 - 12/21/14 | 12/22/14 - 12/31/14 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Schematic Design** | | | | | | | | | | |
| Junior Architect #1 - Jovi Donato | 2 | 3 | 16 | 12 | 9 | 15 | 7 | 5 | 1 | 70 |
| Junior Architect #2 - Aidin Khoei | 5 | 5 | 10 | 19 | 17 | 8 | 22 | 13 | 3 | 102 |
| Senior Architect - Robert Fry | 1 | 1 | 4 | 4 | 6 | 5 | 11 | 12 | 1 | 45 |
| Principal - Thomas Fanning | 5 | 7 | 17 | 11 | 6 | 16.5 | 8 | 18 | | 88.5 |
| **Design Development** | | | | | | | | | | |
| Junior Architect #1 - Jovi Donato | | | | | | | | | | 0 |
| Junior Architect #2 - Aidin Khoei | | | | | | | | | | 0 |
| Senior Architect - Robert Fry | | | | | | | | | | 0 |
| Principal - Thomas Fanning | | | | | | | | | | 0 |
| **Construction Documents** | | | | | | | | | | |
| Junior Architect #1 - Jovi Donato | | | | | | | | | | 0 |
| Junior Architect #2 - Aidin Khoei | | | | | | | | | | 0 |
| Senior Architect - Robert Fry | | | | | | | | | | 0 |
| Principal - Thomas Fanning | | | | | | | | | | 0 |
| **Building Permits** | | | | | | | | | | |
| Junior Architect #1 - Jovi Donato | | | | | | | | | | 0 |
| Junior Architect #2 - Aidin Khoei | | | | | | | | | | 0 |
| Senior Architect - Robert Fry | | | | | | | | | | 0 |
| Principal - Thomas Fanning | | | | | | | | | | 0 |
| **Additional Services - Renders** | | | | | | | | | | |
| Junior Architect #1 - Jovi Donato | | | | | | | | | | 0 |
| Junior Architect #2 - Aidin Khoei | | | | | | | | | | 0 |
| Senior Architect - Robert Fry | | | | | | | | | | 0 |
| Principal - Thomas Fanning | | | | | | | | | | 0 |
| **Total Hours** | 13 | 16 | 47 | 46 | 38 | 44.5 | 48 | 48 | 5 | 305.5 |

EXHIBIT 1    PAGE 17

**BOWERY** DESIGN + DEVELOPMENT

**Project:** 2521 Nottingham

| | 1/1/15 - 1/14/15 | 1/15/15 - 1/28/15 | 1/29/15 - 2/11/15 | 2/12/15 - 2/25/15 | 2/26/15 - 3/11/15 | 3/12/15 - 3/25/15 | 3/26/15 - 3/31/15 | Total |
|---|---|---|---|---|---|---|---|---|
| **Schematic Design** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | 23 | 46 | 38 | 26 | 48 | 35 | 14 | 230 |
| Junior Architect #2 - Adin Khoei | 49 | 52 | 64.25 | 71 | 61 | 58 | 19 | 374.25 |
| Senior Architect - Robert Fry | 2 | 4 | | 5 | 1 | 2 | | 14 |
| Principal - Thomas Fanning | 22 | 24 | 16 | 9 | 2 | 2 | | 75 |
| **Design Development** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | | | | | | | | 0 |
| Junior Architect #2 - Adin Khoei | | | | | | | | 0 |
| Senior Architect - Robert Fry | | | | | | | | 0 |
| Principal - Thomas Fanning | | | | | | | | 0 |
| **Construction Documents** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | | | | | | | | 0 |
| Junior Architect #2 - Adin Khoei | | | | | | | | 0 |
| Senior Architect - Robert Fry | | | | | | | | 0 |
| Principal - Thomas Fanning | | | | | | | | 0 |
| **Building Permits** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | | | | | | | | 0 |
| Junior Architect #2 - Adin Khoei | | | | | | | | 0 |
| Senior Architect - Robert Fry | | | | | | | | 0 |
| Principal - Thomas Fanning | | | | | | | | 0 |
| **Additional Services - Renders** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | | | 3 | 5 | 10 | 10 | | 28 |
| Junior Architect #2 - Adin Khoei | | | 2 | 7 | 9 | 8 | | 26 |
| Senior Architect - Robert Fry | | | 2 | 4 | 3 | 4 | 2 | 15 |
| Principal - Thomas Fanning | | | | | | | | 0 |
| **Total Hours** | 96 | 126 | 125.25 | 127 | 134 | 119 | 35 | 762.25 |

EXHIBIT 1    PAGE 18

**BOWERY**
DESIGN + DEVELOPMENT

**Project: 2521 Nottingham**

| | 4/1/15 - 4/14/15 | 4/15/15 - 4/28/15 | 4/29/15 - 5/12/15 | 5/13/15 - 5/26/15 | 5/27/15 - 6/9/15 | 6/10/15 - 6/23/15 | 6/24/15 - 6/30/15 | Total |
|---|---|---|---|---|---|---|---|---|
| **Schematic Design** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | 4 | 8 | 8 | | | | | 20 |
| Junior Architect #2 - Adên Khoei | 3 | 6 | | 5 | 1 | 4 | 1 | 27 |
| Senior Architect - Robert Fry | | 1 | 1 | | 2 | 1 | 1 | 16 |
| Principal - Thomas Fanning | 3 | 3 | | | 2 | | 1 | 5 |
| **Design Development** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | | | | 1 | 11 | 5 | 3 | 20 |
| Junior Architect #2 - Adên Khoei | 28 | 25 | 59 | 34 | 46.5 | 6.5 | 11 | 210 |
| Senior Architect - Robert Fry | | 3 | 4.5 | | 13 | 10.5 | 2 | 33 |
| Principal - Thomas Fanning | 3 | 3 | 3 | | 10 | 8 | 2 | 26 |
| **Construction Documents** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | 10 | 25 | 37 | 37 | 45 | 51 | 21 | 226 |
| Junior Architect #2 - Adên Khoei | 43.5 | 45 | 21 | 48 | 44 | 71.5 | 28 | 301 |
| Junior Architect #2 - Perkin Mak | | | | | | 35 | 18 | 53 |
| Senior Architect - Robert Fry | 4 | 11 | 7 | 2 | 4 | 19 | 4 | 51 |
| Principal - Thomas Fanning | | | 1 | 3 | 4 | 4 | 3 | 15 |
| **Building Permits** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | | | | | | | | 0 |
| Junior Architect #2 - Adên Khoei | | | | | | | | 0 |
| Senior Architect - Robert Fry | | | | | | | | 0 |
| Principal - Thomas Fanning | | | | | | | | 0 |
| **Additional Services - Renders** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | | | | | | | | 0 |
| Junior Architect #2 - Adên Khoei | | | | | | | | 0 |
| Senior Architect - Robert Fry | | | | | | | | 0 |
| Principal - Thomas Fanning | | | | | | | | 0 |
| **Total Hours** | 95.5 | 130 | 145.5 | 130 | 185.5 | 214.5 | 95 | 996 |

EXHIBIT 1    PAGE 19

**BOWERY**
DESIGN + DEVELOPMENT

**Project:** 2521 Nottingham

| | 7/1/15 - 7/14/15 | 7/15/15 - 7/28/15 | 7/29/15 - 8/11/15 | 8/12/15 - 8/25/15 | 8/26/15 - 9/8/15 | 9/9/15 - 9/22/15 | 9/23/15 - 9/30/15 | Total |
|---|---|---|---|---|---|---|---|---|
| **Schematic Design** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | 3.25 | 1 | 5 | 8 | | | 2 | 19.25 |
| Junior Architect #2 - Adiln Khoei | | | | 2.5 | 4 | | | 9.5 |
| Senior Architect - Robert Fry | 4 | 2 | 3 | 1.25 | 5 | 1 | | 16.25 |
| Principal - Thomas Fanning | 2 | 2 | 2 | 3 | 3 | | 1 | 11 |
| **Design Development** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | 48 | 45 | 56 | 39 | 50 | 55 | 39 | 332 |
| Junior Architect #2 - Adiln Khoei | 71 | 74 | 81 | 67 | 70 | 82 | 41 | 486 |
| Senior Architect - Robert Fry | 17 | 10 | 11 | 22 | 2 | 9 | 4 | 75 |
| Principal - Thomas Fanning | 9 | 6 | 9 | 4 | 2 | 2 | | 32 |
| **Construction Documents** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | 33 | 28 | 13 | 37 | 30 | 16 | 7 | 164 |
| Junior Architect #2 - Adiln Khoei | 9 | 6 | | 5.5 | | | 1.5 | 22 |
| Junior Architect #2 - Pervin Mak | 28 | 30 | 25 | 18 | | | | 101 |
| Senior Architect - Robert Fry | 2 | 7 | 6 | 1 | 2 | 8 | 5 | 31 |
| Principal - Thomas Fanning | 2 | 3 | 2 | | 1 | 1 | | 9 |
| **Building Permits** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | 6 | 15 | 14 | 8 | 10 | 11 | 7 | 64 |
| Junior Architect #2 - Adiln Khoei | | | | 6 | 13 | 3 | 14 | 36 |
| Senior Architect - Robert Fry | 2 | 3 | 7 | 12 | 8 | 10 | 6 | 48 |
| Principal - Thomas Fanning | | 2 | | 3 | 1 | 2 | | 8 |
| **Additional Services - Renders** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | | | | | | | | 0 |
| Junior Architect #2 - Adiln Khoei | | | | | | | | 0 |
| Senior Architect - Robert Fry | | | | | | | | 0 |
| Principal - Thomas Fanning | | | | | | | | 0 |
| **Total Hours** | 236.25 | 232 | 237 | 237.25 | 201 | 200 | 120.5 | 1464 |

EXHIBIT 1    PAGE 20



**Project: 2521 Nottingham**

| | 10/1/15 - 10/14/15 | 10/15/15 - 10/28/15 | 10/29/15 - 11/11/15 | 11/12/15 - 11/25/15 | 11/26/15 - 12/9/15 | 12/10/15 - 12/23/15 | 12/24/14 - 12/31/15 | Total |
|---|---|---|---|---|---|---|---|---|
| **Schematic Design** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | | 2 | | | 0.5 | 0.5 | | 4 |
| Junior Architect #2 - Aidin Khoei | 1 | | 1 | 3 | | | | 4 |
| Senior Architect - Robert Fry/John Ruzicka | 3 | | 4 | 4 | | | | 18 |
| Principal - Thomas Fanning | 1 | | 1 | | 1 | | | 3 |
| **Design Development** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | 14 | 11 | 8 | 8 | 9 | 15 | | 65 |
| Junior Architect #2 - Aidin Khoei | 5 | 16.5 | | 5 | 9.5 | 7 | | 43 |
| Senior Architect - Robert Fry/John Ruzicka | | 2 | | | 2 | | | 5 |
| Principal - Thomas Fanning | 3 | 2 | | 2 | 3 | | | 3 |
| **Construction Documents** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | 43 | 37 | 59 | 28 | 58 | 40 | | 265 |
| Junior Architect #2 - Aidin Khoei | 65 | 52 | 61 | 67 | 71 | 51 | | 367 |
| Senior Architect - Robert Fry/John Ruzicka | 24 | 15 | 16 | 34 | 19 | 28 | | 136 |
| Principal - Thomas Fanning | 3 | 3 | 3 | 2 | 5 | 3 | | 13 |
| **Building Permits** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | 8 | 7 | 7.5 | 11.5 | 5 | 4 | | 43 |
| Junior Architect #2 - Aidin Khoei | 3 | 5 | 4 | | | | | 12 |
| Senior Architect - Robert Fry/John Ruzicka | 4 | 6 | 4 | 8 | 2 | 5 | | 29 |
| Principal - Thomas Fanning | 2 | 1 | 1 | 2 | | 3 | | 6 |
| **Additional Services - Renders** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | | | | | | | | 0 |
| Junior Architect #2 - Aidin Khoei | | | | | | | | 0 |
| Senior Architect - Robert Fry/John Ruzicka | | | | | | | | 0 |
| Principal - Thomas Fanning | | | | | | | | 0 |
| **Total Hours** | 181 | 159.5 | 169.5 | 175.5 | 189 | 159.5 | 0 | 1034 |

EXHIBIT 1    PAGE 21

**BOWERY** DESIGN + DEVELOPMENT

**Project:** **2521 Nottingham**

| | 1/1/16 - 1/14/16 | 1/15/16 - 1/28/16 | 1/29/16 - 2/11/16 | 2/12/16 - 2/25/16 | 2/26/16 - 3/10/16 | 3/11/16 - 3/24/16 | 3/25/16 - 3/31/16 | Total |
|---|---|---|---|---|---|---|---|---|
| **Schematic Design** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | | | | | | | | 0 |
| Junior Architect #2 - Adán Khoei | | | | | | | | 0 |
| Senior Architect - John Ruzicka | | | | | | | | 0 |
| Principal - Thomas Fanning | | | | | | | | 0 |
| **Design Development** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | 5 | 8 | 4 | 2 | 2.5 | 1.5 | | 23 |
| Junior Architect #2 - Adán Khoei | 3 | 5 | 1 | | | 3 | | 15 |
| Senior Architect - John Ruzicka | | | | | | | | 0 |
| Principal - Thomas Fanning | 2 | 4 | 2 | | 1 | 1 | | 10 |
| **Construction Documents** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | 55.5 | 45 | 58.5 | 35.5 | 28 | 68.5 | 40 | 331 |
| Junior Architect #2 - Adán Khoei | 72 | 67 | 64 | 68 | 60 | 40 | 37 | 408 |
| Senior Architect - John Ruzicka | 19 | 24 | 23 | 50 | 21 | 41 | 10 | 188 |
| Principal - Thomas Fanning | 3 | 4 | 3 | 2 | 2 | 2 | 3 | 19 |
| **Building Permits** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | 7 | 5 | 2 | | 7 | | | 21 |
| Junior Architect #2 - Adán Khoei | | 2 | | 3 | 1 | 2 | 1 | 9 |
| Senior Architect - John Ruzicka | 3 | 2 | | 1 | 4 | 4 | 1 | 15 |
| Principal - Thomas Fanning | 1 | 2 | | | 3 | 1 | 1 | 8 |
| **Additional Services - Renders** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | | | | | | | | 0 |
| Junior Architect #2 - Adán Khoei | | | | | | | | 0 |
| Senior Architect - John Ruzicka | | | | | | | | 0 |
| Principal - Thomas Fanning | | | | | | | | 0 |
| **Total Hours** | 170.5 | 168 | 157.5 | 161.5 | 129.5 | 162.5 | 97.5 | 1047 |

EXHIBIT 1   PAGE 22

**BOWERY** DESIGN + DEVELOPMENT

Project: **2521 Nottingham**

| | 4/1/16 - 4/14/16 | 4/15/16 - 4/28/16 | 4/29/16 - 5/12/16 | 5/13/16 - 5/26/16 | 5/27/16 - 6/9/16 | 6/10/16 - 6/23/16 | 6/24/16 - 6/30/16 | Total |
|---|---|---|---|---|---|---|---|---|
| **Schematic Design** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | | | | | | | | 0 |
| Junior Architect #2 - Aidin Khoei | | | | | | | | 0 |
| Senior Architect - John Ruzicka | | | | | | | | 0 |
| Principal - Thomas Fanning | | | | | | | | 0 |
| **Design Development** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | 7 | 2.5 | 1.5 | | | | | 11 |
| Junior Architect #2 - Aidin Khoei | 3 | 2 | 5 | 3 | | | | 13 |
| Senior Architect - John Ruzicka | | 1 | 3 | 1 | | | | 5 |
| Principal - Thomas Fanning | 1 | | 1 | | | | | 2 |
| **Construction Documents** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | 56 | 42 | 52 | 19 | 38 | 55 | 24 | 286 |
| Junior Architect #2 - Aidin Khoei | 22 | 16 | 8 | 21.5 | 14.5 | 8 | 16 | 106 |
| Senior Architect - John Ruzicka | 33 | 27 | 16 | 23 | 24 | 19 | 18 | 160 |
| Principal - Thomas Fanning | 4 | | 3 | 1 | | 1 | 1 | 10 |
| **Building Permits** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | 6 | 5 | 4 | 12 | 1 | 3 | | 31 |
| Junior Architect #2 - Aidin Khoei | 1 | 4 | 3 | | 8 | 8 | 2 | 26 |
| Senior Architect - John Ruzicka | 9 | 12 | 5 | 11 | 5 | 9 | 4 | 55 |
| Principal - Thomas Fanning | | 1 | | 1 | 1 | | | 3 |
| **Additional Services - Renders** | | | | | | | | |
| Junior Architect #1 - Jovi Donato | | | | | | | | 0 |
| Junior Architect #2 - Aidin Khoei | | | | | | | | 0 |
| Senior Architect - John Ruzicka | | | | | | | | 0 |
| Principal - Thomas Fanning | | | | | | | | 0 |
| **Total Hours** | 142 | 112.5 | 101.5 | 92.5 | 91.5 | 103 | 65 | 708 |

EXHIBIT 1    PAGE 23

**Project:**    **2521 Nottingham**

**BOWERY**
DESIGN + DEVELOPMENT

| | 7/1/16 - 7/14/16 | 7/15/16 - 7/28/16 | Total |
|---|---|---|---|
| **Schematic Design** | | | |
| Junior Architect #1 - Jovi Donato | | | 0 |
| Junior Architect #2 - Aidin Khoei | | | 0 |
| Senior Architect - John Ruzicka | | | 0 |
| Principal - Thomas Fanning | | | 0 |
| **Design Development** | | | |
| Junior Architect #1 - Jovi Donato | | | 0 |
| Junior Architect #2 - Aidin Khoei | | | 0 |
| Senior Architect - John Ruzicka | | | 0 |
| Principal - Thomas Fanning | | | 0 |
| **Construction Documents** | | | |
| Junior Architect #1 - Jovi Donato | 14 | 12 | 26 |
| Junior Architect #2 - Aidin Khoei | 14 | 10 | 24 |
| Senior Architect - John Ruzicka | 18 | 12 | 30 |
| Principal - Thomas Fanning | 2 | 2 | 4 |
| **Building Permits** | | | |
| Junior Architect #1 - Jovi Donato | 9 | 3 | 12 |
| Junior Architect #2 - Aidin Khoei | 6 | 7 | 13 |
| Senior Architect - John Ruzicka | 11 | 2 | 13 |
| Principal - Thomas Fanning | | | 0 |
| **Additional Services - Renders** | | | |
| Junior Architect #1 - Jovi Donato | | | 0 |
| Junior Architect #2 - Aidin Khoei | | | 0 |
| Senior Architect - John Ruzicka | | | 0 |
| Principal - Thomas Fanning | | | 0 |
| **Total Hours** | 74 | 48 | 122 |

EXHIBIT 1    PAGE 24

# EXHIBIT 2

D. EDWARD HAYS, #162507
ehays@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Scott A. Kron, Esq.    [State Bar No. 237769]
KRON & CARD LLP
29222 Rancho Viejo Rd., Suite 114
San Juan Capistrano, CA 92675
Telephone: (949) 367-0520
Facsimile:  (949) 613-8472
Email:  scott@kronandcard.com

Attorneys for Bowery Investment Group, Inc.
dba Bowery Design & Development

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MT. YOHAI, LLC, a Delaware liability company,<br><br>         Debtor and Debtor-in-Possession. | Case No. 8:16-bk-15157-CB<br><br>Chapter 11<br><br>STIPULATION BETWEEN DEBTOR AND SECURED CREDITOR BOWERY INVESTMENT GROUP, INC. DBA BOWERY DESIGN AND DEVELOPMENT<br><br>[No hearing required] |

TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY

JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED

PARTIES:

    This Stipulation ("Stipulation") is entered into by and between secured creditor

BOWERY INVESTMENT GROUP, INC. DBA BOWERY DESIGN AND DEVELOPMENT

("Bowery"), on the one hand; and MT. YOHAI, LLC ("Debtor"), on the other hand (collectively,

- 1 -

4833-9713-7481v1/1300-024

EXHIBIT 2        PAGE 25

1  "Parties").

2                                    RECITALS

3        A.      Prepetition, Bowery provided design and architectural services to Debtor for the

4  real property commonly known as 2521 Nottingham Ave., Los Angeles, California 90027

5  ("Property"). Bowery rendered the services described in attached Schedule "A" ("Work

6  Product").

7        B.      On August 26, 2016, Bowery recorded a claim of mechanics lien under California

8  Civil Code § 8400 et seq. in the sum of $522,000 for services provided. Said lien is a secured

9  claim against the Property.

10       C.      On December 21, 2016, Debtor filed a voluntary petition under Chapter 11 of

11 Title 11 the United States Code.

12       D.      In its Schedule D, Debtor listed Bowery as the holder of a secured claim against

13 the Property in the amount of $522,000 ("Bowery Claim"). Debtor did not list the Bowery Claim

14 as contingent, unliquidated, or disputed. As such, Bowery has an undisputed secured claim in the

15 amount of $522,000.

16       E.      On July 27, 2017, Bowery filed an amended secured proof of claim in the amount

17 of $522,000 ("Bowery POC") with supporting documentation.

18       F.      Debtor needs the Work Product to finalize the sale of the Property. Debtor does

19 not dispute and agrees that Bowery has a fully secured claim against the Property in the amount

20 of $522,000. Debtor further agrees that it will not object to the Bowery POC.

21       WHEREFORE, the Parties stipulate as follows:

22       1.      Bowery shall be deemed to have an allowed secured claim in the amount of

23 $522,000 ("Allowed Claim"). The Allowed Claim is secured by the Property;

24       2.       The Allowed Claim shall be paid in its entirety from the sale of the Property by

25 escrow concurrently with the close of escrow. Debtor's obligation to pay the Allowed Claim may

26 not be assumed, nor shall the Property be sold or transferred subject to the Allowed Claim;

27

28

                                          2
                                    STIPULATION

4833-9713-7481v1/1300-024

EXHIBIT 2      PAGE 26

1       3.      Title to the Property shall not transfer until the Allowed Claim is paid in its

2 entirety. If escrow closes before Court approval of this Stipulation Bowery will be paid

3 $522,000 through escrow concurrent with closing.

4       4.      A plan of reorganization may not be confirmed unless the Allowed Claim is paid

5 in full as of the confirmation date;

6       5.      The Work Product shall neither be turned over to Debtor nor made available for

7 inspection by Debtor until this Stipulation is approved by the Court. Upon Court approval of this

8 Stipulation, Bowery agrees to make the Work Product available for inspection at the offices of

9 Kron & Card LLP. The Work Product shall be turned over to Debtor upon full payment of the

10 Allowed Claim;

11       6.      Bowery has the right to treat all or part of its $522,000 claim as an allowed

12 unsecured claim;

13       7.      Unless and until the sale of the Property closes, and Bowery is paid the Allowed

14 Claim through escrow, this Stipulation shall not abrogate Bowery's rights with respect to Cal.

15 Bus. & Prof. Code § 5536.4 or the Copyright Act of 1976, nor shall this Stipulation convey any

16 right, title, interest or license to Bowery's instruments of service to the Debtor;

17       8.      This Stipulation is without prejudice to the right of a subsequently appointed

18 bankruptcy trustee to seek reconsideration of an order approving this Stipulation under Rule

19 3008 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 502(j); and

20       9.      This Stipulation may be executed in one or more counterparts and facsimile or

21 electronic signatures may be used in filing this document with the Court.

22

23 DATED: August 24 , 2017

24                                    By: _____

25                                    TOM FANNING, as President of BOWERY
                                   INVESTMENT GROUP, INC. DBA BOWERY

26                                    DESIGN AND DEVELOPMENT
   DATED: August 23 , 2017

27

28                                    By: _____
                                   JEFFREY YOHAI, as Managing Member of MT.
                                   YOHAI, LLC

3
STIPULATION

4833-9713-7481v1/1300-024

EXHIBIT 2      PAGE 27

1   **APPROVED AS TO FORM:**

2

    DATED:  August 25, 2017                    MARSHACK HAYS LLP
3

4                                              By:
                                                   RICHARD A. MARSHACK
5                                                  CHAD V. HAES
                                                   Attorney for BOWERY INVESTMENT
6                                                  GROUP, INC. DBA BOWERY DESIGN
                                                   AND DEVELOPMENT
7
    DATED:                                     GOE & FORSYTHE LLP
8

9                                              By:
                                                   MARC FORSYTHE
10                                                 Attorney for Debtor,
                                                   MT. YOHAI, LLC
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          4
                                     STIPULATION

4833-9713-7481v1/1300-024

EXHIBIT 2      PAGE 28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN DEBTOR AND SECURED CREDITOR BOWERY INVESTMENT GROUP, INC. DBA BOWERY DESIGN AND DEVELOPMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 25, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- CREDITOR ROBERT L GERNER: Simon Aron    saron@wrslawyers.com
- INTERESTED PARTY GENESIS CAPITAL, LLC: Jeffrey W Dulberg    jdulberg@pszjlaw.com
- DEBTOR MT YOHAI, LLC, A DELAWARE LIMITED LIABILITY COMPANY: Marc C Forsythe
  kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- CREDITOR COUNTY OF LOS ANGELES TREASURER AND TAX COLLECTOR: Richard Girgado
  rgirgado@counsel.lacounty.gov
- INTERESTED PARTY: Chad V Haes    chaes@marshackhays.com, ecfmarshackhays@gmail.com
- U.S. TRUSTEE UNITED STATES TRUSTEE: Michael J Hauser    michael.hauser@usdoj.gov
- CREDITOR BOWERY INVESTMENT GROUP, INC. DBA BOWERY DESIGN AND DEVELOPMENT: Scott A
  Kron    scott@kronandcard.com
- INTERESTED PARTY: Richard A Marshack    rmarshack@marshackhays.com,
  lbergini@marshackhays.com;ecfmarshackhays@gmail.com
- U.S. TRUSTEE: United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **August 25, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 25, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Via Personal Delivery
PRESIDING JUDGE'S COPY
Bankruptcy Judge Catherine E. Bauer
United States Bankruptcy Court, Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165 / Courtroom 5D
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 25, 2017 | Chanel Mendoza | /s/ Chanel Mendoza |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

2. **SERVED BY UNITED STATES MAIL**:

| | | |
|---|---|---|
| **Debtor**<br>Mt Yohai, LLC, a Delaware Limited Liability Company<br>3991 MacArthur Blvd., Suite 125<br>Newport Beach, CA 92660 | **Creditor**<br>California TD Specialists<br>8190 East Kaiser Blvd<br>Anaheim, CA 92808-2215 | **Creditor**<br>Crest Real Estate, LLC<br>11150 W. Olympic Blvd., Suite 700<br>Los Angeles, CA 90064-1825 |
| **Creditor**<br>Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento CA 95812-2952 | **Creditor**<br>Genesis Capital Master Fund II, LLC<br>Attn Lending Department<br>21650 Oxnard Street, Suite 1700<br>Woodland Hills, CA 91367-5058 | **Creditor**<br>Jessica Manafort<br>703 Greenleaf<br>Topanga, CA 90290 |
| **Creditor**<br>Kathleen Manafort<br>721 Fifth Avenue #43G<br>New York, NY 10022-2537 | **Creditor**<br>PJNottingham, LLC<br>c/o Wilson Keadjian Browndorf, LLP<br>1900 Main Street, Suite 610<br>Irvine, CA 92614-7319 | **Creditor**<br>Paul Manafort<br>721 Fifth Avenue #43G<br>New York, NY 10022-2537 |
| **Creditor**<br>Samara Engineering<br>9100 S Sepulveda Blvd., Suite 115<br>Los Angeles, CA 90045-4849 | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
4852-8013-8062, v. 1/1533-001

**F 9013-3.1.PROOF.SERVICE**

EXHIBIT 2     PAGE 30

# EXHIBIT 3

1  D. Edward Hays, SBN 162507
   ehays@marshackhays.com
2  Chad V. Haes, SBN 267221
   chaes@marshackhays.com
3  Marshack Hays LLP
   870 Roosevelt Avenue
4  Irvine, California 92620
   Tel: 949-333-7777
5  Fax: 949-333-7778

6  Scott A. Kron, SBN 237769
   scott@kronandcard.com
7  Kron & Card LLP
   29222 Rancho Viejo Rd., Suite 114
8  San Juan Capistrano, California 92675
   Tel: 949-367-0520
9  Fax: 949-613-8472

10  Attorneys for Bowery Investment Group, Inc.

11              UNITED STATES BANKRUPTCY COURT

12       CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

13  In re                              Case No. 8:16-bk-15157-CB

14  MT. YOHAI, LLC, a Delaware liability    Chapter 11
    company,
15                                     ORDER APPROVING STIPULATION
                                       BETWEEN DEBTOR AND SECURED
16       Debtor and Debtor-in-Possession.  CREDITOR BOWERY INVESTMENT
                                       GROUP, INC. DBA BOWERY DESIGN AND
17                                     DEVELOPMENT

18                                     Date:      October 4, 2017
                                       Time:      10:00 a.m.
19                                     Courtroom:  5D
                                       Address:    411 W 4th St
20                                                 Santa Ana, CA 92701

21

22       A hearing was held on October 4, 2017, at 10:00 a.m., before the Honorable Catherine E. Bauer,

23  United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411

24  West Fourth St., Santa Ana, CA, on the Stipulation between secured creditor Bowery Investment

25  Group, Inc. dba Bowery Design and Development and Mt. Yohai, LLC, filed August 25, 2017, as

26  Docket #101 ("Stipulation").  Appearances were made as noted on the record.

27       //

28       //

FILED & ENTERED

NOV 03 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY firman     DEPUTY CLERK

CHANGES MADE BY COURT

EXHIBIT 3    PAGE 31

Case 8:16-bk-15157-CB    Doc 121    Filed 11/03/17    Entered 11/03/17 13:50:46    Desc
Main Document    Page 2 of 2

1    The Court having read and considered the Stipulation, heard the statements of counsel, and

2    with good cause shown,

3    IT IS ORDERED:

4    1.) The Stipulation is approved as amended with the following language from the Genesis

5        Capital, LLC response filed as Docket #108:  (1) nothing contained in the Stipulation alters

6        the rights of senior lienholders on the Property; and (2) no sale proceeds shall be allocated to

7        paying the Allowed Claim unless and until all allowed senior liens are satisfied in full, or the

8        holders of such senior liens otherwise consent.

9    Approved as to Form:

10   PACHULSKI STANG ZIEHL & JONES LLP

13   Jeffrey W. Dulberg,
14   Attorneys for Genesis Capital, LLC

16                                        ###

24   Date: November 3, 2017

                                    Catherine Bauer
                                    United States Bankruptcy Judge

EXHIBIT 3    PAGE 32

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 600
Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): <u>Notice of Motion and Motion of Chapter 7 Trustee, Thomas H. Casey, to Reconsider Order Approving Stipulation Between Debtor and Secured Creditor Bowery Investment Group, Inc. dba Bowery Design and Development; Memorandum of Points and Authorities; and Declaration of Thomas H. Casey in Support</u>
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>November 20, 2018</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) <u>November 20, 2018</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>November 20, 2018</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Served by Personal Delivery**
Honorable Catherine E. Bauer
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165 / Courtroom 5D
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/20/2018 | Victoria Rosales | *victoria* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Simon Aron    saron@wrslawyers.com
Thomas H Casey (TR)    msilva@tomcaseylaw.com, thc@trustesolutions.net
Jeffrey W Dulberg    jdulberg@pszjlaw.com
Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
Richard Girgado    rgirgado@counsel.lacounty.gov
Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
Chad V Haes    chaes@marshackhays.com, 8649808420@filings.docketbird.com
Michael J Hauser    michael.hauser@usdoj.gov
D Edward Hays    ehays@marshackhays.com, 8649808420@filings.docketbird.com
Scott A Kron    scott@kronandcard.com
Marc Y Lazo    mlazo@whbllp.com
Richard A Marshack    rmarshack@marshackhays.com,
lbuchanan@marshackhays.com;8649808420@filings.docketbird.com
Sharon Oh-Kubisch    sokubisch@swelawfirm.com,
gcruz@swelawfirm.com;jchung@swelawfirm.com;csheets@swelawfirm.com
Paul R Shankman    pshankman@jhindslaw.com, mduran@jhindslaw.com
Rachel M Sposato    rsposato@jhindslaw.com, mduran@jhindslaw.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**SERVED BY UNITED STATES MAIL**:
Mt Yohai, LLC
3991 MacArthur Blvd., Suite 125
Newport Beach, CA 92660

Bowery Design and Development
8581 Santa Monica Blvd., #204
West Hollywood, CA 90069

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**