| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| WEILAND GOLDEN GOODRICH LLP<br>Jeffrey I. Golden, State Bar No. 133040<br>jgolden@wgllp.com<br>Faye C. Rasch, State Bar No. 253838<br>frasch@wgllp.com<br>650 Town Center Drive, Suite 950<br>Costa Mesa, California 92626<br>Telephone:  714-966-1000<br>Facsimile:   714-966-1002<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Chapter 7 Trustee, Thomas H. Casey | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re:<br><br>MT. YOHAI, LLC, a Delaware Limited Liability Company,<br><br><br><br><br>Debtor(s). | CASE NO.: 8:16-bk-15157-CB<br>CHAPTER: 7<br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| **Sale Date:** 12/11/2018 | **Time:** December 11, 2018, 2:30 pm |
|---|---|
| **Location:** United States Bankruptcy Court, Courtroom 5D, 411 West Fourth Street, Santa Ana, California 92701 | |

**Type of Sale:**  ☒ Public   ☐ Private       **Last date to file objections:** November 27, 2018

**Description of property to be sold:** All of the Estate's right, title and interest in the real property commonly known as 2521 Nottingham Avenue, Los Angeles, California

**Terms and conditions of sale:** Subject to overbid.  Sale is "as is," "where is," "with all faults," and without warranty or Recourse.  Offer must be non-contingent and "all cash" to the Estate (i.e., buyer has immediately available third-party Funding).  Sale is subject to Bankruptcy Court approval.  Other terms and conditions apply; see attached notice of hearing And the motion which is on file with the Court.

**Proposed sale price:** See attached notice of hearing and the motion which is on file with the court

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                       Page 1                                                       F 6004-2.NOTICE.SALE
DOCS_LA:317722.1 30599/001

**Overbid procedure** (*if any*): Bid at least an amount sufficient to satisfy the Secured Creditor's lien or an amount to which the Secured Creditor consents, plus the Outstanding Real Estate Taxes, plus $112,500.00 in cash for the Property.

Overbid increments: $10,000.00, $25,000.00 overbid deposit

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

Sale Date: December 11, 2018, at 2:30 p.m.
Location:
United States Bankruptcy Court
Central District of California, Santa Ana Division
411 W. Fourth Street, Courtroom 5D
Santa Ana, CA 92701

**Contact person for potential bidders** (*include name, address, telephone, fax and/or email address*):

Jeffrey I. Golden
Faye C. Rasch
WEILAND GOLDEN GOODRICH LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone: 714-966-1000
Facsimile: 714-966-1002
Email: jgolden@wgllp.com; frasch@wgllp.com

Date: 11/21/2018

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    F 6004-2.NOTICE.SALE
DOCS_LA:317722.1 30599/001

1  WEILAND GOLDEN GOODRICH LLP
2  Jeffrey I. Golden State Bar No. 133040
   jgolden@wgllp.com
3  Faye C. Rasch State Bar No. 253838
   frasch@wgllp.com
4  650 Town Center Drive, Suite 600
   Costa Mesa, CA 92626
5  Telephone    714-966-1000
   Facsimile    714-966-1002
6
   Attorneys for Thomas H. Casey,
7  Chapter 7 Trustee

8
                    UNITED STATES BANKRUPTCY COURT
9
                    CENTRAL DISTRICT OF CALIFORNIA
10
                            SANTA DIVISION
11

| | |
|---|---|
| In re | Case No. 8:16-bk-15157-CB |
| MT. YOHAI, LLC, a Delaware Limited Liability Company. | Chapter 7 |
| Debtor. | **NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR ORDER:** |
| | **(1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 363(b) AND (f);** |
| | **(2) APPROVING OVERBID PROCEDURES;** |
| | **(3) APPROVING BUYER, SUCCESSFUL BIDDER, AND BACK-UP BIDDER AS GOOD-FAITH PURCHASER PURSUANT TO 11 U.S.C. § 363(m); AND** |
| | **(4) AUTHORIZING PAYMENT OF UNDISPUTED LIENS AND OTHER ORDINARY COSTS OF SALE** |
| | [2521 Nottingham Avenue, Los Angeles, CA] |
| | DATE:  December 11, 2018<br>TIME:   2:30 P.M.<br>CTRM:  5D |

MOTION

**TO THE DEBTOR, CREDITORS, OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on **December 11, 2018, at 2:30 p.m.** in courtroom 5D of the United States Bankruptcy Court for the Central District of California, Santa Ana Division, located at 411 W. Fourth Street, Santa Ana, California, the court will hold a hearing on the *Motion for Order (i) Authorizing Sale of Real Property Free and Clear of Liens Pursuant to 11 U.S.C. § 363(b) and (f); (ii) Approving Overbid Procedures; (iii) Approving Buyer, Successful Bidder, and Back-Up Bidder as Good Faith Purchaser Pursuant to 11 U.S.C. § 363(m); and (iv) Authorizing Payment of Undisputed Liens, and Other Ordinary Costs of Sale* (the "Motion")[1], filed by Thomas H. Casey, the chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Mt. Yohai, LLC (the "Debtor"), which seeks an order:

1. Approving the Purchase and Sale Agreement (the "Sale Agreement") and the sale of the real property commonly known as 2521 Nottingham Avenue, Los Angeles, California (the "Property") "as is," "where is," "with all faults," and without warranty or recourse, but free and clear of any liens, claims, and encumbrances, except as set forth herein, together with all improvements, as well as all easements and appurtenances, pursuant to 11 U.S.C. 363(b) and (f), to:

    a. RAFT Masterfund II, LLC (the "Secured Creditor" or the "Buyer"), whose address is c/o Jeffrey W. Dulberg, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067, for the total purchase price of: (i) $100,000.00 in readily available funds (the "Cash Amount") plus (ii) a credit bid by the Secured Creditor in the Secured Creditor's sole discretion, in accordance with 11 U.S.C. 363(k) (together, the "Purchase Price"), with the cash portion of the Purchase Price to be made by wire transfer for the benefit of the Estate, or

    b. to the successful overbidder whose purchase offer for the Property is accepted by the Trustee at the hearing on the Motion following an auction.

2. approving the overbid procedures set forth in the Motion as summarized below;

3. approving the Buyer, any successful overbidder, and any back-up bidder as a "good faith" purchaser under § 363(m);

4. attaching to the net sales proceeds any unpaid portion of the disputed liens, claims and encumbrances in the same validity, priority and scope as such liens currently exist against the Property, subject to any and all of the Trustee's rights to object to, dispute, or subordinate such liens, claims and encumbrances;

5. reserving to the Trustee all rights to object to the validity, scope and priority of all disputed liens, claims and encumbrances;

---

[1] All terms not defined herein shall have the same meaning ascribed to them in the Motion.

1

  6. authorizing the Trustee to take any and all necessary actions to consummate the sale of the Property;

  7. authorizing the Trustee to pay, through escrow, from the proceeds of the sale of the Property and without further order of the Court any escrow fees, title insurance premiums and other ordinary and typical closing costs and expenses payable by the Trustee pursuant to the Sale Agreement or in accordance with local custom;

  8. authorizing payment by the Secured Creditor or the winning overbidder of all outstanding real property due with respect to the Property; and

  9. waiving the stay of the order approving the Motion imposed by Federal Rule of Bankruptcy Procedure 6004(h) and any other applicable bankruptcy rules.

It is anticipated that there will be no tax liability to the Estate from the Sale.

In addition, as part of the Sale Agreement, the Trustee will publish information regarding the proposed sale in the Los Angeles Times and the Beverly Hills Courier. The Secured Creditor will advance the reasonable costs and expenses incurred by the Trustee, in the aggregate amount of $2,500.00, provided, however, that in the event the Property is sold to an overbidder, such expenses will be reimbursed to the Secured Creditor. The gross proceeds of the Sale prior to subtracting costs of sale will be approximately $97,500.00.

**PLEASE TAKE FURTHER NOTICE** that the Trustee seeks to sell the Property free and clear of any and all liens, claims, and interests. The Property is encumbered by (i) a first priority deed of trust held by the Secured Creditor that secures a debt of approximately $1,116,439.38 as of the anticipated hearing date for the Motion of December 11, 2018[2] (plus interest accruing at the rate of $238.18 per diem);[3] (ii) a second deed of trust originally held by Kathleen Manafort in the amount of $748,216.00 (the "Manafort Lien")[4] and (iii) unpaid real property taxes owing to the Los Angeles County Tax Collector in the approximate amount of $69,000.00 (the "Outstanding Real Estate Taxes").

The Manafort Lien is disputed as a preferential transfer – it was recorded just days before the Petition Date on December 19, 2016.

---

[2] This amount is inclusive of legal fees incurred through October 31, 2018. Legal fees continue to accrue on Secured Creditor's claim.

[3] The beneficial interest under Secured Creditors' Deed of Trust was assigned to RAFT Master Fund II, LLC by various assignments, the last of which was recorded January 29, 2018 as Instrument No. 18-90632 in the Official Records.

[4] The beneficial interest under the Manafort Lien in now held by Jeffrey Yohai (the principal of the Debtor) by an assignment which was recorded February 5, 2018 as Instrument No. 18-116781 in the Official Records.

2

DOCS_LA:317701.2 30599/001

The Trustee reserves the right to object to the validity, scope and priority of all disputed liens, claims and interests.

**PLEASE TAKE FURTHER NOTICE that all overbids must be in writing and must be submitted to the Trustee's counsel whose address is listed in the top left hand corner of the first page of the instant Notice, at or before the hearing on the Motion currently set for December 11, 2018, at 2:30 p.m.**

**PLEASE TAKE FURTHER NOTICE** that the overbid procedures sought to be approved by the court are as follows:

1. Qualifying bidders ("Qualifying Bidder") shall:

   a. Bid at least an amount sufficient to satisfy the Secured Creditor's lien or an amount to which the Secured Creditor consents, plus payment of the Outstanding Real Estate Taxes, plus $112,500.00 in cash for the Property;

   b. Set forth in writing the terms and conditions of the offer that are at least as favorable to the Trustee as those set forth in the Sale Agreement attached as Exhibit "A" to the Declaration of Thomas H. Casey (the "Casey Declaration"), filed in support of the Motion;

   c. Be financially qualified, in the Trustee's exercise of his sound judgment, to close the sale as set forth in the Sale Agreement;

   d. Submit an offer that does not contain any contingencies to closing the sale, including, but not limited to, financing, inspection, or repair contingencies;

   e. Submit a cash deposit for the Property in the amount of $25,000.00 (the "Initial Overbid Deposit") payable to Thomas H. Casey, Chapter 7 Trustee for the Bankruptcy Estate of Mt. Yohai, LLC in the form of a cashier's check, which Initial Overbid Deposit shall be non-refundable if the bid is deemed to be the Successful Bid, as defined in paragraph 4 below. The Initial Overbid Deposit, written offer, and evidence of financial qualification must be delivered to the Trustee's counsel (at the address shown in the upper left hand corner of the first page of this Notice), at or before the hearing on the Motion currently set for December 11, 2018, at 2:30 p.m.

2. At the hearing on the Motion, only the Buyer and any party who is deemed a Qualifying Bidder shall be entitled to bid.

3. Any incremental bid shall be at least $10,000.00 higher than the prior bid.

4. At the hearing on the Motion and upon conclusion of the bidding process, the Trustee shall decide, subject to Court approval, which of the bids is the best bid, and such bid shall be deemed to be the successful bid (the "Successful Bid"). The bidder who is accepted by the Trustee as the successful bidder (the "Successful Bidder") must pay all amounts reflected in the Successful Bid in cash at the closing of the sale. At the hearing on the Motion, and upon conclusion of the bidding process, the Trustee may also

3

acknowledge a back-up bidder (the "Back-Up Bidder") which shall be the bidder with the next best bid. Should the Successful Bidder fail to close escrow on the sale of the Property, the Trustee may sell the Property to the Back-Up Bidder without further Court order.

5. Overbids shall be all cash and no credit shall be given to the purchaser or overbidder(s).

The Motion is based upon the Memorandum of Points and Authorities, the Casey Declaration and Exhibit "A" attached thereto, all pleadings, papers and records on file with the Court, and on such other evidence, oral or documentary, as may be presented to the Court at the time of the hearing on the Motion.

**Your Rights May Be Affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one).

**Deadline for Opposition Papers.** The Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose the Motion, you must file a written response with the Court and serve a copy of it upon the Trustee's attorney at the address set forth above no less than **14 days** prior to the hearing on the Motion. If you fail to file a written response to the Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

**Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure.** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

**PLEASE TAKE FURTHER NOTICE** that any party requesting a copy of the Motion or any supporting documents filed with the Court with respect to the Motion may contact counsel for the Trustee, Jeffrey I. Golden, Weiland Golden Goodrich LLP by email at jgolden@wgllp.com, by mail at 650 Town Center Drive, Suite 600, Costa Mesa, California 92626, or by telephone at (714) 966-1000.

Dated: November 14, 2018             Respectfully submitted,

                                     WEILAND GOLDEN GOODRICH LLP


                                     By:  /s/Faye C. Rasch
                                          FAYE C. RASCH
                                          Attorneys for Thomas H. Casey,
                                          Chapter 7 Trustee

4

DOCS_LA:317701.2 30599/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 600, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR ORDER (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 363(B) AND (F); (2)APPROVING OVERBID PROCEDURES; (3) APPROVING BUYER, SUCCESSFUL BIDDER, AND BACK-UP BIDDER AS GOOD FAITH PURCHASER PURSUANT TO 11 U.S.C. § 363(M); AND (4) AUTHORIZING PAYMENT OF UNDISPUTED LIENS AND OTHER ORDINARY COSTS OF SALE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 20, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[X] Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**:
On (*date*) **November 20, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[X] Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 20, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Catherine Bauer, 411 W. 4th Street, 5th Floor, Santa Ana, CA  92701

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 20, 2018 | Kelly Adele | *Kelly Adele* (signature) |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                          **F 9013-3.1.PROOF.SERVICE**
0.0

**SERVICE LIST**

MT. Yohai, LLC
Attn:  Managing Member
3991 MacArthur Blvd, Ste 125
Newport Beach, CA  92660

Jeffrey Yohai
Agent for Service of Process for
Mt. Yohai, LLC
1550 Blue Jay Way
Los Angeles, CA 90039

Bowery Design and Development, Inc.
Attn: President
8581 Santa Monica Boulevard, #204
West Hollywood, CA  90069

Bowery Investment Group, Inc.
c/o Scott A. Kron, Esq.
Kron & Card LLP
29222 Rancho Viejo Road, Suite 114
San Juan Capistrano, CA 92675

California TD Specialists
8190 East Kaiser Boulevard
Anaheim, CA  92808

Crest Real Estate, LLC
Attn: Managing Member
11150 W. Olympic Boulevard, Ste 700
Los Angeles, CA  90064

DCM P-9, LLC
c/o Wilson Keadjian Browndorf LLP
1900 Main Street, Suite 600
Irvine, CA  92614

Employment Development Department
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA  95812

Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA  95812

Genesis Capital Master Fund II, LLC
c/o Jeffrey Dulberg
c/o Pachuslki Stang Ziehl & Jones LLP
10100 Santa Monica Blvd, 13th Floor
Los Angeles, CA  90067

Genesis Capital Master Fund II, LLC
Attn: Lending Department
21650 Oxnard Street, Ste 1700
Woodland Hills, CA  91367

Goe & Forsythe LLP
18101 Von Karman Avenue, Ste 1200
Irvine, CA  92612

Hinds & Shankman LLP
c/o Hinds & Shankman LLP
21257 Hawthorne Boulevard, 2nd Floor
Torrance, CA  90503

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101

Jessica Manafort
703 Greenleaf
Topanga, CA  90290

Kathleen Manafort
721 Fifth Avenue, #43G
New York, NY  10022

Los Angeles County Treasurer and Tax Collector
P.O. Box 54110
Los Angeles, CA  90054

PJNottingham, LLC
c/o Wilson Keadjian Browndorf LLP
1900 Main Street, Ste 610
Irvine, CA  92614

Paul Manafort
721 Fifth Avenue, #43G
New York, NY  10022

Samara Engineering
Attn: President
9100 S. Sepulveda Boulevard, Ste 115
Los Angeles, CA  90045

Securities Exchange Commission
444 S. Flower Street, #1900
Los Angeles, CA  90071

State Board of Equalization
P.O. Box 942879
Sacramento, CA  94279

Yo-Ki Group (Walter Kim)
33 Union Square West 4R
New York, NY  10003

Baylor Holdings LLC
Attn: Managing Member
3991 MacArthur Blvd., #125
Newport Beach, CA 92660

Thomas Fanning
8581 Santa Monica Blvd., #204
Los Angeles, CA 90069

Robert L. Gerner III
c/o Sotheby's International Realty
9255 Sunset Blvd., Mezzanine
Los Angeles, CA 90069

Jeffrey Yohai
30254 Morning View Drive
Malibu, CA 90265

**Electronic Mail Notice List**
Simon Aron    saron@wrslawyers.com
Thomas H Casey (TR)    msilva@tomcaseylaw.com, thc@trustesolutions.net
Jeffrey W Dulberg    jdulberg@pszjlaw.com
Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
Richard Girgado    rgirgado@counsel.lacounty.gov
Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
Chad V Haes    chaes@marshackhays.com, 8649808420@filings.docketbird.com
Michael J Hauser    michael.hauser@usdoj.gov
D Edward Hays    ehays@marshackhays.com, 8649808420@filings.docketbird.com
Scott A Kron    scott@kronandcard.com
Marc Y Lazo    mlazo@whbllp.com
Richard A Marshack    rmarshack@marshackhays.com, lbuchanan@marshackhays.com;8649808420@filings.docketbird.com
Sharon Oh-Kubisch    sokubisch@swelawfirm.com, gcruz@swelawfirm.com;jchung@swelawfirm.com;csheets@swelawfirm.com
Paul R Shankman    pshankman@jhindslaw.com, mduran@jhindslaw.com
Rachel M Sposato    rsposato@jhindslaw.com, mduran@jhindslaw.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 600, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **November 20, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **November 20, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 20, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Catherine Bauer, 411 W. 4th Street, 5th Floor, Santa Ana, CA  92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed Name | Signature |
|---|---|---|
| November 20, 2018 | Kelly Adele | /s/ Kelly Adele |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
0.0

F 9013-3.1.PROOF.SERVICE

**Electronic Mail Notice List**
Simon Aron    saron@wrslawyers.com
Thomas H Casey (TR)    msilva@tomcaseylaw.com, thc@trustesolutions.net
Jeffrey W Dulberg    jdulberg@pszjlaw.com
Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
Richard Girgado    rgirgado@counsel.lacounty.gov
Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
Chad V Haes    chaes@marshackhays.com, 8649808420@filings.docketbird.com
Michael J Hauser    michael.hauser@usdoj.gov
D Edward Hays    ehays@marshackhays.com, 8649808420@filings.docketbird.com
Scott A Kron    scott@kronandcard.com
Marc Y Lazo    mlazo@whbllp.com
Richard A Marshack    rmarshack@marshackhays.com, lbuchanan@marshackhays.com;8649808420@filings.docketbird.com
Sharon Oh-Kubisch    sokubisch@swelawfirm.com, gcruz@swelawfirm.com;jchung@swelawfirm.com;csheets@swelawfirm.com
Paul R Shankman    pshankman@jhindslaw.com, mduran@jhindslaw.com
Rachel M Sposato    rsposato@jhindslaw.com, mduran@jhindslaw.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov