Thomas H. Casey - Bar No. 138264
22342 Avenida Empresa, Suite 245
Rancho Santa Margarita, CA 92688
Tel: 949/766-8787 / Facsimile: 949/766-9896
Email: TomCasey@tomcaseylaw.com

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| In re: | § | Case No. 8:16-BK-15157-TA |
|---|---|---|
| | § | |
| MT YOHAI, LLC, A DELAWARE | § | |
| LIMITED LIABILITY COMPANY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Thomas H. Casey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $1,177,877.21 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $128,964.74 | | |

3) Total gross receipts of $1,306,841.95 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $1,306,841.95 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $2,091,644.07 | $1,744,537.92 | $1,164,366.00 | $1,164,366.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $182,762.22 | $182,762.22 | $118,964.74 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $92,145.14 | $92,145.14 | $10,000.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $808.44 | $808.44 | $808.44 |
| General Unsecured Claims (from **Exhibit 7**) | $68,737.73 | $2,031,745.75 | $1,270,276.85 | $12,702.77 |
| **Total Disbursements** | $2,160,381.80 | $4,051,999.47 | $2,710,358.65 | $1,306,841.95 |

4). This case was originally filed under chapter 11 on 12/21/2016. The case was converted to one under Chapter 7 on 03/21/2018. The case was pending for 32 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>11/05/2020</u>         By: <u>/s/ Thomas H. Casey</u>
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2521 Nottingham Ave, LA, CA 90027 Unknown Appraisal | 1110-000 | $1,298,360.27 |
| Prorations/Adjustments | 1229-000 | $8,481.68 |
| **TOTAL GROSS RECEIPTS** | | $1,306,841.95 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR | 4700-000 | $12,535.27 | $22,681.97 | $0.00 | $0.00 |
| 3 | Genesis Capital Master Fund II LLC/California TD Specialists | 4110-000 | $809,108.80 | $1,115,507.56 | $1,115,507.56 | $1,115,507.56 |
| 4 | Bowery Design and Development | 4110-000 | $522,000.00 | $522,000.00 | $0.00 | $0.00 |
| 5 | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR | 4700-000 | $0.00 | $35,489.95 | $0.00 | $0.00 |
| | Kathleen Manafort | 4110-000 | $748,000.00 | $0.00 | $0.00 | $0.00 |
| | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR | 4700-000 | $0.00 | $48,858.44 | $48,858.44 | $48,858.44 |
| **TOTAL SECURED CLAIMS** | | | $2,091,644.07 | $1,744,537.92 | $1,164,366.00 | $1,164,366.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Thomas H. Casey, Trustee | 2100-000 | NA | $62,455.26 | $62,455.26 | $9,009.17 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Thomas H. Casey, Trustee | 2200-000 | NA | $840.51 | $840.51 | $840.51 |
| International Sureties, LTD. | 2300-000 | NA | $149.11 | $149.11 | $149.11 |
| The payoff lender agreed to reduce their payoff amount by said $6,200.00 to cover for said credit being given to Buyer | 2500-000 | NA | $6,200.00 | $6,200.00 | $6,200.00 |
| United States Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| FRANCHISE TAX BOARD | 2820-000 | NA | $3,443.02 | $3,443.02 | $3,443.02 |
| Los Angeles County Tax Collector | 2820-000 | NA | $21,092.63 | $21,092.63 | $21,092.63 |
| U.S. Trustee | 2950-000 | NA | $325.00 | $325.00 | $325.00 |
| Weiland Golden Goodrich LLP, Attorney for Trustee | 3210-000 | NA | $82,895.00 | $82,895.00 | $72,745.58 |
| Weiland Golden Goodrich LLP, Attorney for Trustee | 3220-000 | NA | $1,649.59 | $1,649.59 | $1,447.62 |
| Hahn Fife & Company, Accountant for Trustee | 3410-000 | NA | $2,824.00 | $2,824.00 | $2,824.00 |
| Hahn Fife & Company, Accountant for Trustee | 3420-000 | NA | $538.10 | $538.10 | $538.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $182,762.22 | $182,762.22 | $118,964.74 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Goe Forsythe & Hodges LLP, Attorney for D-I-P | 6210-160 | NA | $90,890.00 | $90,890.00 | $9,863.79 |
| Goe Forsythe & Hodges LLP, Attorney for D-I-P | 6220-170 | NA | $1,255.14 | $1,255.14 | $136.21 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $92,145.14 | $92,145.14 | $10,000.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2P | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $808.44 | $808.44 | $808.44 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $808.44 | $808.44 | $808.44 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2GU | FRANCHISE TAX BOARD | 7100-000 | $0.00 | $60.00 | $60.00 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 2GU; FRANCHISE TAX BOARD) | 7100-001 | $0.00 | $0.00 | $0.00 | $0.60 |
| 9 | Yo-Ki Group (Walter Kim) | 7100-000 | $0.00 | $370,000.00 | $0.00 | $0.00 |
| 10 | Hinds & Shankman LLP | 7100-000 | $0.00 | $200,000.00 | $0.00 | $0.00 |
| 13 | Yo-Ki Group (Walter Kim) | 7100-000 | $0.00 | $191,468.90 | $0.00 | $0.00 |
| 14 | Bowery Design and Development | 7100-000 | $0.00 | $522,000.00 | $522,000.00 | $5,220.00 |
| 16A | Franchise Tax Board | 7200-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Crest Real Estate, LLC | 7100-000 | $13,216.33 | $0.00 | $0.00 | $0.00 |
| | Jessica Manafort | 7100-000 | $14,835.40 | $0.00 | $0.00 | $0.00 |
| | Kathleen Manafort | 7100-000 | $0.00 | $748,216.85 | $748,216.85 | $7,482.17 |
| | Paul Manafort | 7100-000 | $17,686.00 | $0.00 | $0.00 | $0.00 |
| | Samara Engineering | 7100-000 | $23,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $68,737.73 | $2,031,745.75 | $1,270,276.85 | $12,702.77 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 16-15157-TA | Trustee Name: | Thomas H. Casey |
|---|---|---|---|
| Case Name: | MT YOHAI, LLC, A DELAWARE LIMITED LIABILITY COMPANY | Date Filed (f) or Converted (c): | 03/21/2018 (c) |
| For the Period Ending: | 11/5/2020 | §341(a) Meeting Date: | 05/07/2018 |
| | | Claims Bar Date: | 11/07/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | US Bank PO Box 1800 Saint Paul, MN 55101-0800 Checking Account 2045 | $0.00 | $0.00 | | $0.00 | FA |
| 2 | TD Bank www.tdbank.com Checking Account 2016 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | 2521 Nottingham Ave, LA, CA 90027 Unknown Appraisal | $6,500,000.00 | $3,208,355.93 | | $1,298,360.27 | FA |

**Asset Notes:** ORDER GRANTING MOTION FOR ORDER (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 363 (b) and (f); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BUYER, SUCCESSFUL BIDDER, AND BACK-UP BIDDER AS GOOD FAITH PURCHASER PURSUANT TO 11 U.S.C. § 363 (m); AND (4) AUTHORIZING PAYMENT OF UNDISPUTED LIENS AND OTHER ORDINARY COSTS OF SALE ENTERED JANUARY 3, 2019.

| 4 | Prorations/Adjustments (u) | $0.00 | $8,481.68 | | $8,481.68 | FA |

| TOTALS (Excluding unknown value) | $6,500,000.00 | $3,216,837.61 | | $1,306,841.95 | Gross Value of Remaining Assets $0.00 |

**Major Activities affecting case closing:**

| 11/04/2020 | KD reviewed the docket and confirmed no amended Schedule A, B or C was filed in October 2020. |
| 09/04/2020 | KD reviewed the docket and confirmed no amended Schedule A, B or C was filed in August 2020. |
| 09/01/2020 | TFR approved at final hearing. |
| 08/05/2020 | KD reviewed the docket and confirmed no amended Schedule A, B or C was filed in July 2020. |
| 07/24/2020 | Notice of Objection and Objection to Trustee's Final Report - filed by Bowery Investment Group, Inc. |
| 07/01/2020 | KD reviewed the docket and confirmed no amended Schedule A, B or C was filed in June 2020. |
| 06/04/2020 | KD reviewed the docket and confirmed no amended Schedule A, B or C was filed in May 2020. |
| 05/07/2020 | KD reviewed the docket and confirmed no amended Schedule A, B or C was filed in April 2020. |
| 04/03/2020 | KD reviewed the docket and confirmed no amended Schedule A, B or C was filed in March 2020. |
| 03/05/2020 | KD reviewed the docket and confirmed no amended Schedule A, B or C was filed in February 2020. |
| 02/24/2020 | Order Approving Dismissal of Adversary Proceeding |
| 02/07/2020 | KD reviewed the docket and confirmed no amended Schedule A, B or C was filed in January 2020. |
| 01/03/2020 | KD reviewed the docket and confirmed no amended schedule A, B or C was filed in December 2019. |
| 12/10/2019 | KD reviewed the docket and confirmed no amended Schedules A, B or C was filed in November 2019. |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 16-15157-TA | Trustee Name: | Thomas H. Casey |
| Case Name: | MT YOHAI, LLC, A DELAWARE LIMITED LIABILITY COMPANY | Date Filed (f) or Converted (c): | 03/21/2018 (c) |
| For the Period Ending: | 11/5/2020 | §341(a) Meeting Date: | 05/07/2018 |
| | | Claims Bar Date: | 11/07/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 12/03/2019 | Status hearing continued to February 25, 2020 at 1:30 p.m. [Adv. No. 8:18-ap-1204-CB] |
| 11/04/2019 | KD reviewed the docket and confirmed no amended schedule A, B or C was filed in October 2019. |
| 10/19/2019 | ASSETS: All assets have been administered.
TAXES: Tax returns have been filed.
CLAIMS: Claims have been reviewed and objections filed as necessary.
LITIGATION: Thomas Casey, Chapter 7 Trustee of the Estate of MT. YOHAI, LLC v Kathleen B. Manafort, Jeffrey Yohai, filed 11/16/18. The hearing to dismiss Jeffrey Yohai from the adversary proceeding (8:18-ap-1024-CB) will be held on October 22, 2019. Status hearing to be held on 12/3/2019. See below status
INSURANCE: N/A
CURRENT STATUS: As previously reported the Debtor's sole asset was the real property located at 2521 Nottingham Avenue, Los Angeles, California 90027 (the "Property"), which the Debtor scheduled with a value of $6.5 million.
The Trustee disputed the validity both the Manafort Lien as a preferential transfer and an unperfected mechanic's lien asserted by Bowery Design and Development in the amount of $522,000.00.
On January 3, 2019, upon noticed motion, the Court authorized the Trustee to sell the Property free and clear of liens, with the net sales proceeds to attach in the same value, priority, and subject to all of the Trustee's rights to object to, dispute, or subordinate such liens. The sale resulted in approximately $100,000.00 in funds to the Estate plus a credit bid by the Secured Creditor.
On January 15, 2019 the Order Approving Stipulation Between the Chapter 7 Trustee and Bowery Investment Group, Inc. was entered by the Court. Through the Stipulation Bowery removed their secured claim against the Property.
On November 16, 2018, the Trustee commenced an adversary proceeding against Yohai on the basis that the Manafort Deed of Trust was an avoidable transfer. The Adversary Proceeding sought to recover the avoidable transfer from Manafort.
Although the facts were uncontested and clear, Debtor refused to agree to the Trustee's recovery of the transfer. Despite such refusal, Manafort agreed to the Agreement which avoided the transfer and removed the lien for the benefit of the Estate. The Order Granting Motion Authorizing Trustee to Enter into Settlement Agreement was entered on September 17, 2019. Pursuant to the Agreement the Adversary proceeding against Mr. Yohai was to be dismissed within ten days after the Order become final. On September 23, 2019, the Motion for Order Authorizing Trustee to Enter into Compromise was filed and the hearing is scheduled to be held October 22, 2019.
The Trustee anticipates filing the Trustees' Final Report and Account by December 31, 2019. |
| 10/02/2019 | KD reviewed the docket and confirmed no amended schedule A, B or C was filed in September 2019. |
| 09/25/2019 | Status Conference [Adv. No. 8:18-ap-01204-CB] continued to December 3, 2019 at 1:30 p.m. |
| 09/23/2019 | Chapter 7 Trustee's Motion to Approve Compromise of Controversy (to dismiss Yohai from adversary proceeding) - hearing scheduled for October 22, 2019 at 2:30 p.m. |
| 09/19/2019 | KD reviewed the docket and confirmed no amended schedule A, B or C was filed in August 2019. |
| 09/17/2019 | Order Approving Settlement Agreement with Kathleen Manafort - Manafort Deed of Trust is assigned to the Trustee, Adversary Case will be Dismissed as to Manafort; Allowed General Unsecured Claim of $748,216.85 on behalf of Kathleen Manafort |
| 08/20/2019 | Order Disallowing Claim No. 10 filed by Hinds & Shankman |
| 08/02/2019 | Clerk enters default against Kathleen Manafort and Jeffrey Yohai [Adv. No. 8:18-ap-1024-CB] |
| 07/23/2019 | Status Conference [Adv. No. 8:18-ap-01204-CB] continued to September 24, 2019 at 1:30 p.m. |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3  Exhibit 8

| Case No.: | 16-15157-TA | Trustee Name: | Thomas H. Casey |
|---|---|---|---|
| Case Name: | MT YOHAI, LLC, A DELAWARE LIMITED LIABILITY COMPANY | Date Filed (f) or Converted (c): | 03/21/2018 (c) |
| For the Period Ending: | 11/5/2020 | §341(a) Meeting Date: | 05/07/2018 |
| | | Claims Bar Date: | 11/07/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Date | Description |
|---|---|
| 07/11/2019 | Objection to Claim No. 10-1 of Hinds and Shankman - hearing scheduled for August 13, 2019 at 2:30 p.m. |
| 05/03/2019 | Another Summons Issued and Notice of Status Conference [Adv. No. 8:18-ap-01204-CB]; response due June 3, 2019 and status conference July 23, 2019 at 1:30 p.m. |
| 02/28/2019 | Order Approving Chapter 7 Trustee's Application to Employ Hahn Fife & Company, LLP as Trustee's Accountant |
| 01/03/2019 | Order Granting Sale of Real Property - David W. Bliss approved as Successful Bidder with a purchase price of $1,298,360.27, free and clear of liens |
| 12/17/2018 | Another Summons Issued and Notice of Status Conference [Adv. No. 8:18-ap-01204-CB]; response due January 16, 2019 and status conference March 5, 2019 at 1:30 p.m. |
| 12/13/2018 | Request Clerk Issue Another Summons and Notice of Status Conference [Adv. No. 8:18-ap-01204-CB]. |
| 11/20/2018 | Motion to Reconsider Stipulation with Secured Creditor Bowery Investment Group - hearing scheduled for 12/11/18 at 2:30 p.m. |
| 11/20/2018 | Motion to Approve Sale of Property Free and Clear - hearing scheduled for 12/11/18 at 2:30 p.m. |
| 11/16/2018 | Complaint filed against Kathleen Manafort [Adv. No. 8:18-ap-01204-CB]; answer due December 17, 2018; initial status conference set for February 5, 2019 at 1:30 pm. |
| 10/22/2018 | ASSETS: The Debtor's sole asset is the real property located at 2521 Nottingham Avenue, Los Angeles, California 90027 |
| | TAXES: Tax returns will be prepared once all assets have been administered. |
| | CLAIMS: Chapter 11 Administrative Creditor claims deadline is November 7, 2018. Claims analysis will be prepared after bar date has passed. |
| | LITIGATION: There is no litigation pending at this time. |
| | INSURANCE: |
| | CURRENT STATUS: On December 21, 2016, Mt. Yohai, LLC (the "Debtor") filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code. The Debtor has three members: Baylor Holding LLC (70%), Thomas Fanning (10%), and Robert L. Gerner III (20%). The Debtor's case was converted to one under chapter 7 by order entered on March 21, 2018. Thomas H. Casey was appointed the chapter 7 trustee on March 28, 2018. |
| | The Debtor's sole asset is the real property located at 2521 Nottingham Avenue, Los Angeles, California 90027 (the "Property"), which the Debtor scheduled with a value of $6.5 million. The Debtor scheduled the following encumbrances against the Property: (i) a first priority deed of trust held by Genesis Capital Master Fund II, LLC that secures a debt of approximately $809,108.80; (ii) a second priority deed of trust held by Kathleen Manafort that secures a debt approximately $748,000.00; (iii) property tax liens held by the Los Angeles County Tax Collector that secure tax obligations of approximately $12,535.27; and (iv) a lien in favor of Bowery Design and Development in the amount of $522,000.00. There is a possible purchaser for the property and the Trustee is attempting to resolve the lien issues. An accounting as been requested from Genesis Capital. They claim to be owed $1.2 million, but we have asked them to take a discount for a quicker payment. The Trustee's accountant is evaluating the tax consequences of the sale. Counsel has performed an analysis of the validity of the lien held by Bowery Design and Development. The research indicates that the mechanics lien is unenforceable and the Trustee can seek reconsideration of its allowed claim. |
| 10/03/2018 | Order Approving Application to Employ Weiland Golden Goodrich as Counsel for the Chapter 7 Trustee |
| 08/30/2018 | Order Granting Trustee's Motion to Set Chapter 11 Administrative Claims Bar Date - Chapter 11 Administrative Claims Bar Date Expires November 7, 2018 |
| 08/20/2018 | Application to Employ WGG LLP as Trustee's General Counsel - hearing scheduled for September 25, 2018 at 2:30 p.m. |
| 08/01/2018 | Report of Remaining Assets and Post-Petition Debt (1019 Report) |
| 06/28/2018 | Order Granting Motion of Hinds & Shankman to Withdraw as counsel for Debtor's managing member, Baylor Holding, LLC. |

| Initial Projected Date Of Final Report (TFR): | 03/31/2020 | Current Projected Date Of Final Report (TFR): | /s/ THOMAS H. CASEY |
|---|---|---|---|
| | | | THOMAS H. CASEY |

**FORM 2**

Page No: 1    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-15157-TA | Trustee Name: | Thomas H. Casey |
|---|---|---|---|
| Case Name: | MT YOHAI, LLC, A DELAWARE LIMITED LIABILITY COMPANY | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7541 | Checking Acct #: | ******5157 |
| Co-Debtor Taxpayer ID #: | | Account Title: | General Checking |
| For Period Beginning: | 12/21/2016 | Blanket bond (per case limit): | $9,690,000.00 |
| For Period Ending: | 11/5/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/07/2018 | (3) | DAVID W. BLISS | DEPOSIT FROM OVERBIDDER DAVID BLISS. | 1110-000 | $25,000.00 | | $25,000.00 |
| 01/30/2019 | | A & A ESCROW SERVICES INC. | NET PROCEEDS FROM THE SALE OF REAL PROPERTY. | * | $90,183.32 | | $115,183.32 |
| | {3} | | Gross amount of sale $1,298,360.27 | 1110-000 | | | $115,183.32 |
| | {3} | | Buyers deposit $(25,000.00) | 1110-000 | | | $115,183.32 |
| | | | The payoff lender agreed to reduce their payoff amount by said $6,200.00 to cover for said credit being given to Buyer $(6,200.00) | 2500-000 | | | $115,183.32 |
| | | | California TD Specialists $(1,115,507.56) | 4110-000 | | | $115,183.32 |
| | {4} | | Prorations/Adjustments $8,481.68 | 1229-000 | | | $115,183.32 |
| | | | Los Angeles County Tax Collector (pre-petition real property tax lien) $(48,858.44) | 4700-000 | | | $115,183.32 |
| | | | Los Angeles County Tax Collector $(21,092.63) | 2820-000 | | | $115,183.32 |
| 02/01/2019 | 5001 | International Sureties, LTD. | Bond #16030866 | 2300-000 | | $34.56 | $115,148.76 |
| 05/08/2019 | 5002 | International Sureties, LTD. | Bond Payment | 2300-000 | | $4.51 | $115,144.25 |
| 01/27/2020 | 5003 | International Sureties, LTD. | Bond Payment | 2300-000 | | $65.55 | $115,078.70 |
| 03/24/2020 | 5004 | International Sureties, LTD. | Bond Payment | 2300-000 | | $39.09 | $115,039.61 |
| 05/18/2020 | 5005 | International Sureties, LTD. | Bond Payment, Bond Number: 016030866 | 2300-000 | | $5.40 | $115,034.21 |
| 09/09/2020 | 5006 | United States Bankruptcy Court | First and final dividend Claim #: ; Distribution Dividend: 100.00; Account Number: ; | 2700-000 | | $350.00 | $114,684.21 |
| 09/09/2020 | 5007 | Hahn Fife & Company | First and final dividend Claim #: ; Distribution Dividend: 100.00; Account Number: ; | 3420-000 | | $538.10 | $114,146.11 |
| 09/09/2020 | 5008 | Hahn Fife & Company | First and final dividend Claim #: ; Distribution Dividend: 100.00; Account Number: ; | 3410-000 | | $2,824.00 | $111,322.11 |
| 09/09/2020 | 5009 | Thomas H. Casey | Trustee Compensation | 2100-000 | | $9,009.17 | $102,312.94 |
| 09/09/2020 | 5010 | Thomas H. Casey | Trustee Expenses | 2200-000 | | $840.51 | $101,472.43 |
| 09/09/2020 | 5011 | Weiland Golden Goodrich LLP | First and final dividend Claim #: ; Distribution Dividend: 100.00; Account Number: ; | 3220-000 | | $1,447.62 | $100,024.81 |
| 09/09/2020 | 5012 | Weiland Golden Goodrich LLP | First and final dividend Claim #: ; Distribution Dividend: 100.00; Account Number: ; | 3210-000 | | $72,745.58 | $27,279.23 |
| | | | SUBTOTALS | | $115,183.32 | $87,904.09 | |

**FORM 2**

Page No: 2    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-15157-TA | Trustee Name: | Thomas H. Casey |
|---|---|---|---|
| Case Name: | MT YOHAI, LLC, A DELAWARE LIMITED LIABILITY COMPANY | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7541 | Checking Acct #: | ******5157 |
| Co-Debtor Taxpayer ID #: | | Account Title: | General Checking |
| For Period Beginning: | 12/21/2016 | Blanket bond (per case limit): | $9,690,000.00 |
| For Period Ending: | 11/5/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/09/2020 | 5013 | Goe Forsythe & Hodges LLP | First and final dividend  Claim #: ; Distribution Dividend: 100.00; Account Number: ; | 6220-170 | | $136.21 | $27,143.02 |
| 09/09/2020 | 5014 | Goe Forsythe & Hodges LLP | First and final dividend  Claim #: ; Distribution Dividend: 100.00; Account Number: ; | 6210-160 | | $9,863.79 | $17,279.23 |
| 09/09/2020 | 5015 | Kathleen Manafort | First and final dividend  Claim #: ; Distribution Dividend: 1.00; Account Number: ; | 7100-000 | | $7,482.17 | $9,797.06 |
| 09/09/2020 | 5016 | FRANCHISE TAX BOARD | First and final dividend  Claim #: 2; Distribution Dividend: 100.00; Account Number: ; | 5800-000 | | $808.44 | $8,988.62 |
| 09/09/2020 | 5017 | Clerk, US Bankruptcy Court | Small Dividends | * | | $0.60 | $8,988.02 |
| | | | Claim Amount                                      $(0.60) | 7100-001 | | | $8,988.02 |
| 09/09/2020 | 5018 | U.S. Trustee | First and final dividend  Claim #: 8; Distribution Dividend: 100.00; Account Number: ; | 2950-000 | | $325.00 | $8,663.02 |
| 09/09/2020 | 5019 | FRANCHISE TAX BOARD | First and final dividend  Claim #: 11; Distribution Dividend: 100.00; Account Number: ; | 2820-000 | | $1,718.40 | $6,944.62 |
| 09/09/2020 | 5020 | Bowery Design and Development | First and final dividend  Claim #: 14; Distribution Dividend: 1.00; Account Number: ; | 7100-000 | | $5,220.00 | $1,724.62 |
| 09/09/2020 | 5021 | Franchise Tax Board | First and final dividend  Claim #: 16; Distribution Dividend: 100.00; Account Number: ; | 2820-000 | | $1,724.62 | $0.00 |

| | | | | **SUBTOTALS** | $0.00 | $27,279.23 |

**FORM 2**

Page No: 3    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 16-15157-TA | | **Trustee Name:** | Thomas H. Casey |
| **Case Name:** | MT YOHAI, LLC, A DELAWARE LIMITED LIABILITY COMPANY | | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***7541 | | **Checking Acct #:** | ******5157 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | General Checking |
| **For Period Beginning:** | 12/21/2016 | | **Blanket bond (per case limit):** | $9,690,000.00 |
| **For Period Ending:** | 11/5/2020 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  |  |  |
|---|---|---|
| **TOTALS:** | $115,183.32 | $115,183.32 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $115,183.32 | $115,183.32 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $115,183.32 | $115,183.32 | |

**For the period of  12/21/2016 to 11/5/2020**

| | |
|---|---|
| Total Compensable Receipts: | $1,306,841.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,306,841.95 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,306,841.95 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $1,306,841.95 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 12/07/2018 to 11/5/2020**

| | |
|---|---|
| Total Compensable Receipts: | $1,306,841.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,306,841.95 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,306,841.95 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $1,306,841.95 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

Page No: 4     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No. | 16-15157-TA | Trustee Name: | Thomas H. Casey |
| Case Name: | MT YOHAI, LLC, A DELAWARE LIMITED LIABILITY COMPANY | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7541 | Checking Acct #: | ******5157 |
| Co-Debtor Taxpayer ID #: | | Account Title: | General Checking |
| For Period Beginning: | 12/21/2016 | Blanket bond (per case limit): | $9,690,000.00 |
| For Period Ending: | 11/5/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $115,183.32 | $115,183.32 | $0.00 |

**For the period of 12/21/2016 to 11/5/2020**

| | |
|---|---|
| Total Compensable Receipts: | $1,306,841.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,306,841.95 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,306,841.95 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,306,841.95 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/21/2018 to 11/5/2020**

| | |
|---|---|
| Total Compensable Receipts: | $1,306,841.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,306,841.95 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,306,841.95 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,306,841.95 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ THOMAS H. CASEY

THOMAS H. CASEY